IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUTEK CORP., | Civil Action No. 2:23-cv-03709-JMV-JRA |
| *Plaintiff,* | **DECLARATION OF KEITH ALTMAN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| v. | |
| YEONG WAN CHO (a.k.a. Peter Cho); et al., | ***DOCUMENT FILED ELECTRONICALLY*** |
| *Defendants.* | |

I, **KEITH ALTMAN**, state the following of my own personal knowledge:

1. I am an attorney at the Law Office of Keith Altman, 33228 West 12 Mile Road, Suite 375, Farmington Hills, MI 48334.

2. I am familiar with the facts of this case.

3. I have been licensed to practice law and am a member in good standing in the following jurisdictions: the State of California (2008, Bar No. 257309); the State of Michigan (2017, Bar No. P81702), *certificates of good standing attached as Exhibit A*; the Federal Courts of Eastern Michigan (2015), Western Michigan (2011), Maryland (2017), Northern California (2011), Southern California (2008), Central California (2013), Eastern California (2017), Northern New York (2020), Southern Indiana (2021), Northern Illinois (2021), Central Illinois (2021), Colorado (2009), North Dakota (2022), Southern Texas (2022), and Western Texas (2021); the Appeals Courts for the First (2022), Second (2017),

Third (2022), Fourth (2022), Fifth (2020), Sixth (2018), Eighth (2017), Ninth (2018), and Eleventh (2017) Circuits; and the United States Supreme Court (2012).

4. I am not admitted to practice law in any other states.

5. I have never been under suspension or disbarment by any court, state or federal.

6. I made a payment in the amount of $246.17 as required by Rule 1:28-2(a) to 0the New Jersey Lawyers' Fund for Client Protection on January 11, 2023. (*see attached receipt of payment as Exhibit B*)

7. Pursuant to Local Civil Rule 101.1(c)(3) upon being admitted to appear *pro hac vice,* I will forthwith make a payment in the amount of $150.00 to the Clerk of the United States District Court for the District of New Jersey.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Executed this 26th day of July 2023.

_____
Keith Altman, Esq.

# EXHIBIT A

## THE SUPREME COURT of the STATE OF MICHIGAN

I, Larry S. Royster, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Keith Altman*

was admitted to the practice of law in the courts of the State of Michigan on

*June 21, 2017*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date: July 03, 2023

Clerk



# Supreme Court of California

JORGE E. NAVARRETE

*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### KEITH L. ALTMAN

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify KEITH L. ALTMAN #257309 was on the 25th day of August 2008 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court
on this day of July 10th, 2023.

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By:_____
Florentino Jimenez, Assistant Deputy Clerk

# EXHIBIT B

# NEW JERSEY LAWYERS' FUND
# FOR
# CLIENT PROTECTION



This confirms receipt of the 2023 annual assessment as required by Rule 1:28-2 to the New Jersey Lawyers' Fund for Client Protection, by Rule 1:20-1(b) to the Disciplinary Oversight Committee, by Rule 1:28(b)-1(e) to the New Jersey Lawyers Assistance Program, and Rule 1:42 to the Board on Continuing Legal Education.

| | |
|---:|:---|
| Attorney ID: | PHV023265 |
| Name: | KEITH ALTMAN |
| Assessment Paid: | $ 239.00 |
| Service Fee: | $ 7.17 |
| Total Paid: | $ 246.17 |
| Date Paid: | 01/11/2023 |