Keith Altman (*pro hac vice pending*)
Solomon Radner (283502018)
**LAW OFFICE OF KEITH ALTMAN**
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
solomonradner@kaltmanlaw.com

*Attorneys for Plaintiff*

## IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUTEK CORP, | Civil Action No. 2:23-cv-03709-JMV-JRA |
| *Plaintiff,* | **CERTIFICATE OF SERVICE** |
| v. | |
| YEON WAN CHO (a.k.a. Peter Cho); et al., | ***DOCUMENT FILED ELECTRONICALLY*** |
| *Defendants.* | |

**SOLOMON RADNER**, hereby certifies as follows:

I am an attorney-at-law of the State of New Jersey and Of Counsel of the Law Office of Keith Altman, attorneys for Plaintiff Trutek Corp., in the above matter. I hereby certify that on this 26th day of July 2023, I caused copies of Plaintiff's Notice of Motion for Admission Pro Hac Vice of Co-Counsel, the Application and Certification of Solomon Radner, Esq. in support thereof, the Declaration of Keith Altman, and a proposed form of an Order to be filed via the Court's CM/ECF electronic filing system.

- 1 -

- 2 -

Dated: July 26, 2023

                                                                */s/ Solomon Radner*
                                                                Solomon Radner, Esq.