Stanley Kremen (*pro hac vice pending*)
Solomon Radner (283502018)
**LAW OFFICE OF KEITH ALTMAN**
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
Telephone: (248) 987-8929
shk@shk-dplc.com
solomonradner@kaltmanlaw.com

*Attorneys for Plaintiff*

## IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUTEK CORP., | Civil Action No. 2:23-cv-03709-JMV-JRA |
| *Plaintiff,* | **NOTICE OF PLAINTIFF'S MOTION FOR PRO HAC VICE ADMISSION OF COUNSEL** |
| v. | |
| YEONG WAN CHO (a.k.a. Peter Cho); et al., | *DOCUMENT FILED ELECTRONICALLY* |
| *Defendants.* | |
| | **RETURN DATE: Date to be set by the Court** |

**PLEASE TAKE NOTICE** that on a date and time to be set by the Court, the undersigned, attorney for Plaintiff Trutek Corp. ("Plaintiff"), shall appear before this Court, U.S.D.J., **Martin Luther King Building & U.S. Courthouse**, 50 Walnut Street, Newark, NJ 07102, and shall move this Court for entry of an Order pursuant to Local Civil Rule 101.1(c) admitting Stanley H. Kremen, Esq., member in good standing of the California State Bar, as counsel *pro hac vice* in this matter.

**PLEASE TAKE FURTHER NOTICE** that in support of their Motion, Plaintiff shall rely upon the Application and Certification of Solomon Radner, Esq., and Declaration

- 1 -

of Stanley H. Kremen, Esq. A proposed form of Order is also submitted for the Court's consideration.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff hereby requests that their application be considered for a ruling on papers only.

Dated: July 26, 2023                                Respectfully Submitted,

                                                    THE LAW OFFICE OF KEITH ALTMAN


                                            By:     */s/ Solomon Radner*
                                                    Solomon Radner, Esq.

## STATEMENT IN LIEU OF BRIEF PURSUANT TO L.CIV.R. 7.1(c)(1)

Pursuant to Local Civil Rule 7.1(c)(1), Plaintiffs submit this Statement in lieu of the submission of a formal brief in support of their application for the admission *pro hac vice* of co-counsel. Inasmuch as the admission of counsel *pro hac vice* under the terms of Local Civil Rule 101.1(c) is a matter within the sound discretion of the Court, and until any opposition to the within motion is filed with the Court by defendant herein, it is respectfully submitted that no brief in support of the within motion is necessary at this time.

Dated: July 26, 2023                                   Attorneys for Plaintiff,

                                   By:   */s/ Solomon Radner*
                                          Solomon Radner, Esq.
                                          **LAW OFFICE OF KEITH ALTMAN**
                                          33228 West 12 Mile Road, Suite 375
                                          Farmington Hills, MI 48334
                                          Telephone: (248) 987-8929
                                          solomonradner@kaltmanlaw.com

                                          Stanley Kremen (*pro hac vice pending*)
                                          Of Counsel
                                          **LAW OFFICE OF KEITH ALTMAN**
                                          33228 West 12 Mile Road, Suite 375
                                          Farmington Hills, MI 48334
                                          Telephone: (248) 987-8929
                                          shk@shk-dplc.com

Stanley Kremen (*pro hac vice pending*)
Solomon Radner (283502018)
**LAW OFFICE OF KEITH ALTMAN**
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
Telephone: (248) 987-8929
shk@shk-dplc.com
solomonradner@kaltmanlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUTEK CORP., | Civil Action No. 2:23-cv-03709-JMV-JRA |
| *Plaintiff,* | **APPLICATION AND CERTIFICATION OF SOLOMON RADNER IN SUPPORT OF THE PRO HAC VICE ADMISSION OF COUNSEL STANLEY KREMEN, ESQ.** |
| v. | |
| YEONG WAN CHO (a.k.a. Peter Cho); et al., | |
| *Defendants.* | ***DOCUMENT FILED ELECTRONICALLY*** |

**SOLOMON RADNER**, of full age, hereby certifies as follows:

1.  I am Of Counsel of the Law Office of Keith Altman, 33228 West 12 Mile Road, Suite 375, Farmington Hills, MI 48334. I am admitted to practice before the State Courts of New Jersey (283502018) and Michigan (P73653); the United States District Courts for the District of New Jersey, Eastern Michigan, Western Michigan, Northern Ohio, Western Texas, and Maryland; and in the Fifth, Sixth and Eleventh United States Circuit Courts of Appeals. I am a member in good standing in each of these bars. I presently am not the subject of any disbarment or suspension proceeding before this or any Court.

2.	I submit this Certification in support of the application by Plaintiff Trutek Corp., for admission *pro hac vice* of Stanley Kremen, Esq. and of Counsel to the law firm, Law Office of Keith Altman, 33228 West 12 Mile Road, Suite 375, Farmington Hills, MI 48334, to appear in this action as counsel for Plaintiff.

3.	Pursuant to Local Civil Rule 101.1, I understand that all pleadings, briefs, stipulations, and other papers filed with the Court shall be signed by or for me. Further, I agree to promptly notify the attorneys admitted *pro hac vice* of the receipt of all notices, Orders and pleadings.

4.	On behalf of Plaintiff, I respectfully request that the Court grant its application to have Stanley Kremen, Esq., admitted pro hac vice to appear and participate as their counsel in this matter pursuant to Local Civil Rule 101.1(c).

Dated: July 26, 2023                                   Respectfully Submitted,

                                                                   THE LAW OFFICE OF KEITH ALTMAN


                                                  By:   */s/ Solomon Radner*
                                                          Solomon Radner, Esq.