IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TRUTEK CORP., | ) | Civil Action No. 2:23-cv-03709-JMV-JRA |
| *Plaintiff,* | ) | **DECLARATION OF STANLEY H. KREMEN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| v. | ) | |
| YEONG WAN CHO (a.k.a. Peter Cho); et al., | ) | ***DOCUMENT FILED ELECTRONICALLY*** |
| *Defendants.* | ) | |

I, **STANLEY H. KREMEN**, state the following of my own personal knowledge:

1. I am an attorney at the Law Office of Stanley H. Kremen, 4 Lenape Lane, East Brunswick, NJ 08816 and of Counsel at the Law Office of Keith Altman, 33228 West 12 Mile Road, Suite 375, Farmington Hills, MI 48334.

2. I am familiar with the facts of this case.

3. I have been licensed to practice law and am a member in good standing in the following jurisdictions: the State of California (2020, Bar No. 330938, *certificate of good standing attached as Exhibit A*); and the United States Patent and Trademark Office (2015),

4. I am not admitted to practice law in any other states.

5. I have never been under suspension or disbarment by any court, state or federal.

- 2 -

6.       I made a payment in the amount of $338.87 as required by Rule 1:28-2(a) to the New Jersey Lawyers' Fund for Client Protection on July 13, 2023. (*see attached receipt of payment as Exhibit B*)

7.       Pursuant to Local Civil Rule 101.1(c)(3) upon being admitted to appear *pro hac vice*, I will forthwith make a payment in the amount of $150.00 to the Clerk of the United States District Court for the District of New Jersey.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Executed this 26th day of July 2023

_Stanley H. Kremen_
Stanley H. Kremen, Esq.

# EXHIBIT A



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### STANLEY H. KREMEN

I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that STANLEY H. KREMEN, # 330938, was on the 28th day of May, 2020, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 12th day of July 2023.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By: _____
*Biying Jia, Assistant Deputy Clerk*

# EXHIBIT B

# NEW JERSEY LAWYERS' FUND
# FOR
# CLIENT PROTECTION



This confirms receipt of the annual assessment as required by Rule 1:28-2 to the New Jersey Lawyers' Fund for Client Protection, by Rule 1:20-1(b) to the Disciplinary Oversight Committee, by Rule 1:28(b)-1(e) to the New Jersey Lawyers Assistance Program, and Rule 1:42 to the Board on Continuing Legal Education.

| | |
|---:|:---|
| Attorney ID: | PHV041421 |
| Name: | STANLEY H KREMEN |
| Assessment Paid: | $ 329.00 |
| Service Fee: | $ 9.87 |
| Total Paid: | $ 338.87 |
| Date Paid: | 07/13/2023 |

| Years Paid |
|:---:|
| 2023 |

| Fee Type | Sum Totals |
|:---:|---:|
| Registration Amount | $239.00 |
| Late Fee | $40.00 |
| Reinstatement Fee | $50.00 |
| CLE Fees | $0.00 |
| Misc Fees | $0.00 |
| Total Assessment Paid | $329.00 |

# NEW JERSEY LAWYERS' FUND
# FOR
# CLIENT PROTECTION



07/13/2023

STANLEY H KREMEN , Esq.
　　　　　Attorney ID#: PHV041421

RE: Reinstatement from the New Jersey Lawyers' Fund for Client Protection
　　　　　Ineligible List

Dear STANLEY H KREMEN :

You were declared ineligible to practice law in New Jersey by Order of the New Jersey Supreme Court pursuant to Rules 1:28-2 and 1:20-1. Those same Rules authorize us to reinstate you when your obligation has been satisfied, and we are now pleased to do so.

This is official notice that you have been reinstated from the New Jersey Lawyers' Fund for Client Protection Ineligible List as of 07/13/2023.