AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Trutek Corp.  )
_____  )
*Plaintiff*  )
v.  )   Case No.   2:23-cv-3709
Salvacion USA, Inc., et al.  )
_____  )
*Defendant*  )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Yeong Wan Cho (a/k/a Peter Cho); Sei Young Yun; Salvacion USA, Inc.; Salvacion International, LLC; Salvacion Co., Ltd.; Salvacion R&D Center; Biosure Global, Ltd.

Date: August 8, 2023

/s/ Thomas J. White
*Attorney's signature*

Thomas J. White (320372020)
*Printed name and bar number*

Laddey, Clark & Ryan, LLP
60 Blue Heron Road
Suite 300
Sparta, NJ 07871
*Address*

twhite@lcrlaw.com
*E-mail address*

973-729-1880
*Telephone number*

973-729-1224
*FAX number*