Thomas J. White, Esq. (320372020)
**LADDEY, CLARK & RYAN, LLP**
60 Blue Heron Road, Suite 300
Sparta, New Jersey 07871-2600
(973) 729-1880; (973) 729-1224 Fax
Email: twhite@lcrlaw.com
*Local Counsel for Salvacion, USA, Inc., Salvacion Co., LTD., Yeong Wan Cho (aka Peter Cho), Salvacion R&D Center, Salvacion International, LLC, Sei Young Yun, Biosure Global, Ltd.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Trutek Corp., <br><br> Plaintiff, <br><br> -vs- <br><br> Yeong Wan Cho (a.k.a Peter Cho); Abdul Gaffar; Sei Young Yun; Salvacion USA, Inc.; Salvacion International, LLC; Salvacion Co., Ltd.; Salvacion R&D Center; Biosure Global, Ltd.; Immobiliaria La Salvacion, R.D., John and Jane Does 1 through 10 (gender neutral fictitious names); ABC Corporation 1 through 10 (fictitious names), <br><br> Defendants. | Civil Action No.: 2:23- cv-3709 <br><br> **STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE MOVE** <br><br> **Electronically Filed** |

**IT IS** hereby stipulated and agreed by and between the attorneys for Plaintiff Trutek Corp., and the attorneys for Defendants Salvacion USA, Inc.; Salvacion International, LLC; Peter Cho; and Biosure Global, Ltd, that the time within which said Defendants may respond to the Complaint is hereby extended to **October 2, 2023**.

**IT IS** hereby stipulated and agreed by and between the attorneys for Plaintiff Trutek Corp., and the attorneys for Defendants Salvacion USA, Inc.; Salvacion International, LLC; Peter Cho; and Biosure Global, Ltd, that said Defendants are not

1

waiving any rights, remedies, challenges, claims or defenses in this action, including any listed in Federal Rule of Civil Procedure 12(b), by filing this stipulation with the Court.

**IT IS** hereby stipulated and agreed by and between the attorneys for Plaintiff Trutek Corp., and the attorneys for Defendants Salvacion USA, Inc.; Salvacion International, LLC; Peter Cho; and Biosure Global, Ltd, that said Defendants hereby enter a special appearance only to submit this Stipulation to the Court and have not made a general appearance or waived any jurisdictional defenses.

| | |
|---|---|
| **KATLMAN LAW**<br>Attorneys for Plaintiff, Trutek Corp. | **LADDEY, CLARK & RYAN, LLP**<br>Local Counsel for Defendants, Salvacion, USA, Inc., Salvacion Co., LTD., Yeong Wan Cho (aka Peter Cho), Salvacion R&D Center, Salvacion International, LLC, Sei Young Yun, Biosure Global, Ltd. |
| By: /s/ *Solomon Radner*<br>Solomon M. Radner, Esq. | By: /s/ *Thomas J. White*<br>Thomas J. White, Esq. |
| Date: 08/08/2023 | Date: 08/08/2023 |