Thomas J. White, Esq. (320372020)
**LADDEY, CLARK & RYAN, LLP**
60 Blue Heron Road, Suite 300
Sparta, New Jersey 07871-2600
(973) 729-1880; (973) 729-1224 Fax
Email: twhite@lcrlaw.com
*Local Counsel for Salvacion, USA, Inc., Salvacion Co., LTD., Yeong Wan Cho (aka Peter Cho), Salvacion R&D Center, Salvacion International, LLC, Sei Young Yun, Biosure Global, Ltd.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Trutek Corp., <br><br> Plaintiff, <br><br> -vs- <br><br> Yeong Wan Cho (a.k.a Peter Cho); Abdul Gaffar; Sei Young Yun; Salvacion USA, Inc.; Salvacion International, LLC; Salvacion Co., Ltd.; Salvacion R&D Center; Biosure Global, Ltd.; Immobiliaria La Salvacion, R.D., John and Jane Does 1 through 10 (gender neutral fictitious names); ABC Corporation 1 through 10 (fictitious names), <br><br> Defendants. | Civil Action No.: 2:23- cv-3709 <br><br> **STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE MOVE** <br><br> **Electronically Filed** |

**IT IS** hereby stipulated and agreed by and between the attorneys for Plaintiff Trutek Corp., and the attorneys for Defendants Salvacion USA, Inc.; Salvacion International, LLC; Peter Cho; and Biosure Global, Ltd, that the time within which said Defendants may respond to the Complaint is hereby extended to **October 2, 2023**.

**IT IS** hereby stipulated and agreed by and between the attorneys for Plaintiff Trutek Corp., and the attorneys for Defendants Salvacion USA, Inc.; Salvacion International, LLC; Peter Cho; and Biosure Global, Ltd, that said Defendants are not

waiving any rights, remedies, challenges, claims or defenses in this action, including any listed in Federal Rule of Civil Procedure 12(b), by filing this stipulation with the Court.

**IT IS** hereby stipulated and agreed by and between the attorneys for Plaintiff Trutek Corp., and the attorneys for Defendants Salvacion USA, Inc.; Salvacion International, LLC; Peter Cho; and Biosure Global, Ltd, that said Defendants hereby enter a special appearance only to submit this Stipulation to the Court and have not made a general appearance or waived any jurisdictional defenses.

**K ATLMAN LAW**
Attorneys for Plaintiff, Trutek Corp.

By: /s/ *Solomon Radner*
Solomon M. Radner, Esq.

Date: 08/08/2023

**LADDEY, CLARK & RYAN, LLP**
Local Counsel for Defendants, Salvacion, USA, Inc., Salvacion Co., LTD., Yeong Wan Cho (aka Peter Cho), Salvacion R&D Center, Salvacion International, LLC, Sei Young Yun, Biosure Global, Ltd.

By: /s/ *Thomas J. White*
Thomas J. White, Esq.

Date: 08/08/2023

SO ORDERED:

HON. JOSÉ R. ALMONTE
United States Magistrate Judge
August 10, 2023

2