# EXHIBIT A
*Obituary and Affidavit of Non-Service*

**Herald-Tribune**   Home   News   Sports   Ticket   Lifestyle   Opinion

# Abdul Gaffar



 Memory board

 Share obituary

 Listen to obituary

 Send flowers

 Plant a tree

It is with heavy hearts that we announce the sudden passing of Abdul Gaffar, PhD; a beloved husband, father, grandfather, and inventor, in Lakewood Ranch FL, on February 2, 2023.

He was born in Rangoon, Myanmar (formerly Burma), on December 10, 1939. He earned his BS in chemistry and bacteriology from the University of Karachi, Pakistan, his MS in Bacteriology and

Chemistry from Brigham Young University, Utah.

In 1968, with a Doctorate in Immunology from The Ohio State University, he joined the Colgate-Palmolive Research and Development Center in Piscataway, New Jersey. His 37-year career at Colgate, started as a research scientist, progressed in 1990 to Vice President of Oral Care Advanced Technology and retired in 2006 as VP of Growth Technology Development, a core group dedicated to searching for innovative technologies for the next generation of personal and home care products. A brilliant scientist with creativity and logical intuition, he was the driving force for the launch of several Colgate products for tartar and plaque control, whitening, gum care and sensitivity. Perhaps he is most acknowledged for his work in the development of Colgate Total, the first multi-benefit toothpaste approved by the FDA for gingivitis claims and endorsed by 31 dental associations around the world for up to 30% gingivitis reduction. In 1998, Business Week magazine hailed it as one of the year's best products.

Recognized and respected worldwide as an oral care expert, he was the recipient of two prestigious awards: the New Jersey Inventors Hall of Fame in 2001 and the American Chemical Society Heroes of Chemistry in 2006. The New Jersey Inventors Hall of Fame honors the state's great inventors and invention processes as inspirations for the future generation. The Heroes of Chemistry is awarded to companies and individuals whose work has led to the welfare and advancement of humanity.

He filed 192 US Patent applications and co-authored more than 200 publications in scientific journals.

As part of his tireless pursuit of improving people's lives, he recently invented with a team of scientists, a novel protective antiviral nasal spray, Covixyl through Salvacion USA, Inc.

He greatly enjoyed traveling across the globe, pursuing innumerable intellectual pursuits, and cherishing time with family and friends. He lived a full and meaningful life, leaving behind a legacy of creativity, inspiration and love.

He is survived by his beloved wife of fifty-three years Maria Cora; his son, Yousuf Gaffar, MD; five grandchildren and many relatives world-wide.

His Celebration of Life is being planned for March 2023 in Lakewood Ranch, FL.

In lieu of flowers, please consider a donation to Doctors Without Borders, doctorswithoutborders.org

Posted online on February 05, 2023

Published in Sarasota Herald-Tribune

Help · Terms of Service · Subscription Terms & Conditions ·

Your California Privacy Rights/Privacy Policy · Privacy Policy · Site Map · Accessibility ·

Our Ethical Principles · **Do Not Sell My Info/Cookie Policy**

© Copyright Gannett 2023

Civil Action No.   2:23-CV-03709-JMV-JRA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Abdul Gaffar**
was recieved by me on **7/17/2023:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒  I returned the summons unexecuted because **Deceased** after attempting service at **8351 Catamaran Circle, Lakewood Ranch, FL 34202**; or

☐  Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date:  08/01/2023

*Server's signature*

**Raymond Mitchell**
*Printed name and title*

PO Box 55
Oneco, FL 34264-0055

*Server's address*

Additional information regarding attempted service, etc:

7/22/2023 1:05 PM: There was no answer at the address.
I knocked loudly on the front door and I rang the doorbell four times each. There was no answer.
There was a bluish silver Audi A6, Florida tag number 27AVIK, parked in the driveway. I do not know if there were any vehicles parked in the garage.
7/26/2023 3:58 PM: There was no answer at the address. I identified a 2021 LEXUS RX QPGY15 registered to the subject.
I knocked loudly on the front door and I rang the doorbell six times each. There was no response.
The Lexus was was the only vehicle parked in the driveway, but I do not know if there were any vehicles parked in the garage.



Tracking #: 0111365876

Civil Action No.    2:23-CV-03709-JMV-JRA

**8/1/2023 3:25 PM: I spoke with an individual who identified themselves as the subject's spouse and they stated subject deceased. I identified a 2021 LEXUS RX QPGY15 registered to the subject.**
**Wife stated that the subject passed away suddenly on February 02, 2023.**



Tracking #: 0111365876

