# EXHIBIT B

**Case:** 2023CP001472AX

**Filed:** 04/26/2023

**Status:** OPEN   **Type:** Probate   **Judge:** DIANA L MORELAND

## Parties:

| Party Type | Name | Gender | DOB |
|---|---|---|---|
| Decedent | ABDUL GAFFAR | | |
| | **Mailing Address:** 8351 CATAMARAN CIRCLE LAKEWOOD RANCH FL 34202 | | |
| | **Physical Address:** 8351 CATAMARAN CIRCLE LAKEWOOD RANCH FL 34202 | | |
| Personal Rep | MARIA C GAFFAR | | |
| | **Mailing Address:** 8351 CATAMARAN CIRCLE LAKEWOOD RANCH FL 34202 | | |
| | **Physical Address:** 8351 CATAMARAN CIRCLE LAKEWOOD RANCH FL 34202 | | |
| | **Attorney:** CAROLINA ARIAS | | |
| Trust Of | ABDUL GAFFAR LIVING TRUST 1/13/2010 | | |
| Trustee | MARIA C GAFFAR | | |
| | **Mailing Address:** 8351 CATAMARAN CIRCLE LAKEWOOD RANCH FL 34202 | | |
| | **Physical Address:** 8351 CATAMARAN CIRCLE LAKEWOOD RANCH FL 34202 | | |

## Dockets Key:

| (DIN) | View | Date | Description | Pages |
|---|---|---|---|---|
| **1 (1)** | | 04/26/2023 | Case 412023CP001472CPAXMA Filed with Clerk on 4/26/2023 | |
| **2 (4)** | | 04/26/2023 | Assessment 1 assessed at sum $400.00 AssessmentID 12083672 | |
| **3 (7)** | | 04/26/2023 | NOTICE OF CONFIDENTIAL INFORMATION WITHIN COURT FILING | 1 |
| **4 (8)** | | 04/26/2023 | CERTIFICATION OF DEATH: ABDUL GAFFAR | 1 |
| **5 (9)** | | 04/26/2023 | PETITION FOR ADMINISTRATION | 3 |
| **6 (10)** | | 04/26/2023 | OATH OF PERSONAL REPRESENTATIVE, AND DESIGNATION AND ACCEPTANCE OF RESIDENT AGENT: MARIA C GAFFAR | 2 |
| **7 (11)** | | 04/26/2023 | NOTICE OF DESIGNATION OF EMAIL ADDRESSES FOR SERVICE OF DOCUMENTS | 2 |
| **8 (12)** | | 04/26/2023 | CHECKLIST: OPENING FORMAL ADMINISTRATION TESTATE ESTATE | 3 |
| **9 (13)** | | 04/26/2023 | PROPOSED ORDER ADMITTING WILL TO PROBATE AND APPOINTING PERSONAE REPRESENTATIVE - SENT TO PROBATE COORDINATOR 5/2/2023 | 1 |
| **10 (14)** | | 04/26/2023 | NOTICE OF TRUST | 1 |
| **11 (6)** | | 04/28/2023 | Payment received:Receipt Number C 1142434 | |
| **12 (15)** | | 04/28/2023 | NOTICE TO TRUSTEE | 1 |
| **13 (16)** | | 04/28/2023 | LAST WILL OF ABDUL GAFFAR | 10 |
| **14 (17)** | | 05/08/2023 | ORDER ADMITTING WILL TO PROBATE AND APPOINTING PERSONAL REPRESENTATIVE | 1 |
| **15 (18)** | | 05/08/2023 | LETTERS OF ADMINISTRATION - RECORDED IN OFFICAL RECORDS | 1 |
| **16 (21)** | | 05/08/2023 | WILL OF ABDUL GAFFAR - RECORDED IN OFFICAL RECORDS | 10 |
| **17 (19)** | | 05/11/2023 | Compliance CP INVENTORY DUE has been created with due date of 7/10/2023 - id number 2520614 | |
| **18 (20)** | | 05/11/2023 | Compliance CP 12 MONTHS - DISCH has been created with due date of 5/11/2024 - id number 2520615 | |
| **19 (22)** | | 06/02/2023 | NOTICE TO CREDITORS / PROOF OF PUBLICATION | 1 |
| **20 (23)** | | 06/02/2023 | AFFIDAVIT OF NO FLORIDA ESTATE TAX - MARIA GAFAR | 1 |
| **21 (25)** | | 06/29/2023 | NOTICE OF CONFIDENTIAL INFORMATION WITHIN COURT FILING | 1 |
| **22 (26)** | | 06/29/2023 | INVENTORY | 2 |
| **23 (27)** | | 06/29/2023 | PROOF OF SERVICE OF INVENTORY | 1 |
| **24 (24)** | | 07/03/2023 | Compliance Type CP INVENTORY DUE was satisfied with Compliance Action - COMPLETED set on 6/29/2023 | |

Filings

**Filing Date**

04/26/2023

**Filing Type**

FORMAL ADMIN

**Claim Amount**

$0.00

**Cross Claim Amount**

$0.00

**Counter Claim Amount**

$0.00

**Judgment Amount**

$0.00

Receipts:

| Receipt Date | Receipt Number | Tender Amount | Voided Amount | Voided |
|---|---|---|---|---|
| 4/28/2023 | 1142434 | $441.00 | - | |
| Totals | 1 receipt(s) | $441.00 | $0.00 | |

Assessments:

| Account Group | Description | Originally Assessed | Paid | Dismissed | Due |
|---|---|---|---|---|---|
| FORMAL ADMIN - CP | FORMAL ADMINISTRATION | $400.00 | ($400.00) | - | - |
| NOTICE OF TRUST - CP | NOTICE OF TRUST | $41.00 | ($41.00) | - | - |
| 2 Account Group(s) | | $441.00 | ($441.00) | $0.00 | $0.00 |

Bonds:

| Bond Type | Active Amount |
|---|---|
| 0 Bond(s) | $0.00 |

Registry:

$0.00