## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Trutek Corp., <br><br> Plaintiff, <br><br> -vs- <br><br> Yeong Wan Cho (a.k.a Peter Cho); Abdul Gaffar; Sei Young Yun; Salvacion USA, Inc.; Salvacion International, LLC; Salvacion Co., Ltd.; Salvacion R&D Center; Biosure Global, Ltd.; Immobiliaria La Salvacion, R.D., John and Jane Does 1 through 10 (gender neutral fictitious names); ABC Corporation 1 through 10 (fictitious names), <br><br> Defendants. | Civil Action No.: 2:23– cv-3709 <br><br> **CERTIFICATION IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE** <br><br> **Electronically Filed** |

**Jason E. Fortenberry**, of full age, hereby certifies as follows:

1. I am an attorney at Bradley Arant Boult Cummings LLP. My office address is One Jackson Place, 188 East Capitol Street, Suite 1000, Jackson, Mississippi 39201.

2. I am familiar with the facts of this case.

3. I have been licensed to practice law and am a member in good standing in the following jurisdictions: the State of Mississippi (2006, Bar No. 102282); the Mississippi Supreme Court (2006); the Federal District Courts of Southern Mississippi (2006), Northern Mississippi (2006); and the Federal Fifth Circuit Court of Appeals (2006).

4. I am not admitted to practice law in any other states.

5. I have never been under suspension or disbarment by any court, state or federal.

6. Upon being admitted to appear *pro hac vice*, I will make a payment in the amount of $246.17 as required by Rule 1:28-2(a) to the New Jersey Lawyers' Fund for Client Protection.

7. Pursuant to Local Civil Rule 101.1(c)(3) upon being admitted to appear *pro hac vice*, I will forthwith make a payment in the amount of $150.00 to the Clerk of the United States District Court for the District of New Jersey.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Executed this 24th day of August 2023.

_____
Jason E. Fortenberry, Esq.

Sworn to and subscribed before me this 24th day of August, 2023

Mia T. Brown

[Notary Seal: STATE OF MISSISSIPPI, MIA T. BROWN, NOTARY PUBLIC, Rankin County, Commission Expires March 27, 2027, COMMISSION NUMBER 12770]