Thomas J. White, Esq. (320372020)
**LADDEY, CLARK & RYAN, LLP**
60 Blue Heron Road, Suite 300
Sparta, New Jersey 07871-2600
(973) 729-1880; (973) 729-1224 Fax
Email: twhite@lcrlaw.com
*Local Counsel for Salvacion, USA, Inc., Salvacion Co., LTD., Yeong Wan Cho (aka Peter Cho), Salvacion R&D Center, Salvacion International, LLC, Sei Young Yun, Biosure Global, Ltd.*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| Trutek Corp., | |
|---|---|
| Plaintiff, | Civil Action No.: 2:23– cv-3709 |
| -vs- | |
| Yeong Wan Cho (a.k.a Peter Cho); Abdul Gaffar; Sei Young Yun; Salvacion USA, Inc.; Salvacion International, LLC; Salvacion Co., Ltd.; Salvacion R&D Center; Biosure Global, Ltd.; Immobiliaria La Salvacion, R.D., John and Jane Does 1 through 10 (gender neutral fictitious names); ABC Corporation 1 through 10 (fictitious names), | **CERTIFICATE OF SERVICE**  <br><br> **Electronically Filed** |
| Defendants. | |

**Thomas J. White**, hereby certifies as follows:

I am an attorney-at-law of the State of New Jersey and Of Counsel of the Law Office of Laddey, Clark & Ryan, LLP, attorney for Defendants in the above matter. I hereby certify that on this 25th day of August 2023, I caused copies of Defendant's Notice of Motion for Admission Pro Hac Vice of Co-Counsel, the Application and Certification of Thomas J. White, Esq. in support thereof, the Declaration of Jason E. Fortenberry, and a proposed form of an Order to be filed via the Court's CM/ECF electronic filing system.

Dated: August 25, 2023

By: _____
Thomas J. White, Esq.

8