Thomas J. White, Esq. (320372020)
**LADDEY, CLARK & RYAN, LLP**
60 Blue Heron Road, Suite 300
Sparta, New Jersey 07871-2600
(973) 729-1880; (973) 729-1224 Fax
Email: twhite@lcrlaw.com
*Local Counsel for Salvacion, USA, Inc., Salvacion Co., LTD., Yeong Wan Cho (aka Peter Cho), Salvacion R&D Center, Salvacion International, LLC, Sei Young Yun, Biosure Global, Ltd.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Trutek Corp.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>-vs-<br><br>Yeong Wan Cho (a.k.a Peter Cho); Abdul Gaffar; Sei Young Yun; Salvacion USA, Inc.; Salvacion International, LLC; Salvacion Co., Ltd.; Salvacion R&D Center; Biosure Global, Ltd.; Immobiliaria La Salvacion, R.D., John and Jane Does 1 through 10 (gender neutral fictitious names); ABC Corporation 1 through 10 (fictitious names),<br>　　　　　　　　　　Defendants. | Civil Action No.: 2:23– cv-3709<br><br>**NOTICE OF DEFENDANTS' MOTION FOR PRO HAC VICE ADMISSION OF COUNSEL**<br><br>**Electronically Filed**<br><br>**RETURN DATE: Date to be set by the Court** |

**PLEASE TAKE NOTICE** that on a date and time to be set by the Court, the undersigned, attorney for Defendants Salvacion USA, Inc.; Salvacion International, LLC; Salvacion Co., Ltd.; Salvacion R&D Center; Biosure Global, Ltd; Yeong Wan Cho (a.k.a. Peter Cho); and Sie Young Yun ("Defendants"), shall appear before this Court, U.S.D.J., **Martin Luther King Building & U.S. Courthouse**, 50 Walnut Street, Newark, NJ 07102, and shall move this Court for entry of an Order pursuant to Local Civil Rule 101.1(c) admitting Jonathan M. Barnes, Esq., member in good standing of the bar of the state of Mississippi, as counsel pro hac vice in this matter.

1

**PLEASE TAKE FURTHER NOTICE** that in support of their Motion, Defendants shall rely upon the Application and Certification of Thomas J. White, Esq., and Declaration of Jonathan M. Barnes, Esq. A proposed form of Order is also submitted for the Court's consideration.

**PLEASE TAKE FURTHER NOTICE** that Defendants hereby requests that their application be considered for a ruling on papers only and counsel for Defendants has not previously been admitted pro hac vice by this Court in the present calendar year.

**PLEASE TAKE FURTHER NOTICE** that all parties consent to the pro hac vice admission.

                                        **LADDEY, CLARK & RYAN, LLP**
                                        Local Counsel for Defendants, Salvacion, USA, Inc., Salvacion Co., LTD., Yeong Wan Cho (aka Peter Cho), Salvacion R&D Center, Salvacion International, LLC, Sei Young Yun, Biosure Global, Ltd.

By: _____
           Thomas J. White, Esq.

## STATEMENT IN LIEU OF BRIEF PURSUANT TO L.CIV.R. 7.1(c)(1)

Pursuant to Local Civil Rule 7.1(c)(1), Defendants submit this Statement in lieu of the submission of a formal brief in support of their application for the admission *pro hac vice* of co-counsel. Inasmuch as the admission of counsel *pro hac vice* under the terms of Local Civil Rule 101.1(c) is a matter within the sound discretion of the Court, and because all parties consent to the *pro hac vice* admission, it is respectfully submitted that no brief in support of the within motion is necessary at this time.

Dated: August 25, 2023.

**LADDEY, CLARK & RYAN, LLP**
60 Blue Heron Road, Suite 300
Sparta, New Jersey 07871-2600
(973) 729-1880; (973) 729-1224 Fax
Email: twhite@lcrlaw.com
Local Counsel for Defendants, Salvacion, USA, Inc., Salvacion Co., LTD., Yeong Wan Cho (aka Peter Cho), Salvacion R&D Center, Salvacion International, LLC, Sei Young Yun, Biosure Global, Ltd.

By: _____
Thomas J. White, Esq.