**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Trutek Corp.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>-vs-<br><br>Yeong Wan Cho (a.k.a Peter Cho); Abdul Gaffar; Sei Young Yun; Salvacion USA, Inc.; Salvacion International, LLC; Salvacion Co., Ltd.; Salvacion R&D Center; Biosure Global, Ltd.; Immobiliaria La Salvacion, R.D., John and Jane Does 1 through 10 (gender neutral fictitious names); ABC Corporation 1 through 10 (fictitious names),<br>　　　　　　　　　　　Defendants. | Civil Action No.: 2:23– cv-3709<br><br>**CERTIFICATION IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE**<br><br>**Electronically Filed** |

**Jonathan M. Barnes**, of full age, hereby certifies as follows:

1.　I am an attorney at Bradley Arant Boult Cummings LLP. My office address is One Jackson Place, 188 East Capitol Street, Suite 1000, Jackson, Mississippi 39201.

2.　I am familiar with the facts of this case.

3.　I have been licensed to practice law and am a member in good standing in the following jurisdictions: the State of Mississippi (2018, Bar No. 105659); the Federal District Courts of Southern Mississippi (2018), Northern Mississippi (2023); and the Federal Fifth Circuit Court of Appeals (2020).

4.　I am not admitted to practice law in any other states.

5.　I have never been under suspension or disbarment by any court, state or federal.

6.　Upon being admitted to appear *pro hac vice*, I will make a payment in the amount of $246.17 as required by Rule 1:28-2(a) to the New Jersey Lawyers' Fund for Client Protection.

7. Pursuant to Local Civil Rule 101.1(c)(3) upon being admitted to appear *pro hac vice*, I will forthwith make a payment in the amount of $150.00 to the Clerk of the United States District Court for the District of New Jersey.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Executed this 24th day of August 2023.

_____
Jonathan M. Barnes, Esq.

Sworn to and subscribed before me this 24th day of August, 2023

Kimberly Badillo

STATE OF MISSISSIPPI
KIMBERLY BADILLO
NOTARY PUBLIC
Rankin County
Commission Expires
November 21, 2025
COMMISSION NUMBER 93295