Thomas J. White, Esq. (320372020)
**LADDEY, CLARK & RYAN, LLP**
60 Blue Heron Road, Suite 300
Sparta, New Jersey 07871-2600
(973) 729-1880; (973) 729-1224 Fax
Email: twhite@lcrlaw.com
*Local Counsel for Salvacion, USA, Inc., Salvacion Co., LTD., Yeong Wan Cho (aka Peter Cho),*
*Salvacion R&D Center, Salvacion International, LLC, Sei Young Yun, Biosure Global, Ltd.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Trutek Corp.,<br><br>                                    Plaintiff,<br><br>        -vs-<br><br>Yeong Wan Cho (a.k.a Peter Cho);<br>Abdul Gaffar; Sei Young Yun; Salvacion<br>USA, Inc.; Salvacion International,<br>LLC; Salvacion Co., Ltd.; Salvacion<br>R&D Center; Biosure Global, Ltd.;<br>Immobiliaria La Salvacion, R.D., John<br>and Jane Does 1 through 10 (gender<br>neutral fictitious names); ABC<br>Corporation 1 through 10 (fictitious<br>names),<br><br>                                    Defendants. | Civil Action No.: 2:23– cv-3709<br><br><br>**CERTIFICATE OF SERVICE**<br><br>**<u>Electronically Filed</u>** |

**Thomas J. White**, hereby certifies as follows:

I am an attorney-at-law of the State of New Jersey and Of Counsel of the Law Office of Laddey, Clark & Ryan, LLP, attorney for Defendants in the above matter. I hereby certify that on this 25th day of August 2023, I caused copies of Defendant's Notice of Motion for Admission Pro Hac Vice of Co-Counsel, the Application and Certification of Thomas J. White, Esq. in support thereof, the Declaration of Jonathan M. Barnes, and a proposed form of an Order to be filed via the Court's CM/ECF electronic filing system.

Dated: August 25, 2023

By: _____
      Thomas J. White, Esq.

8