**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Trutek Corp., <br><br> Plaintiff, <br> -vs- <br><br> Yeong Wan Cho (a.k.a Peter Cho); Abdul Gaffar; Sei Young Yun; Salvacion USA, Inc.; Salvacion International, LLC; Salvacion Co., Ltd.; Salvacion R&D Center; Biosure Global, Ltd.; Immobiliaria La Salvacion, R.D., John and Jane Does 1 through 10 (gender neutral fictitious names); ABC Corporation 1 through 10 (fictitious names), <br><br> Defendants. | Civil Action No.: 2:23– cv-3709 <br><br> **ORDER** <br><br> **Electronically Filed** |

**THIS MATTER** having been brought before the Court on application for an Order allowing Jonathan M. Barnes, Esq., of the law firm Bradley Arant Boult Cummings LLP, to appear and participate *pro hac vice* in this matter; and the Court having reviewed the moving papers of the applicant, out-of-state attorney; and there being no opposition; and considered this matter pursuant to L.Civ.R.101.1(c), and good cause having been shown;

**IT IS** on this ____ day of _____, 2023, hereby

**ORDERED** that Jonathan M. Barnes, Esq. be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L.Civ.R. 101.1(c) of the United States District Court for the District of New Jersey; provided however, that all proceedings, briefs and papers filed with the Court shall be signed by Thomas J. White, Esq., who is a member in good standing of the Bar of the Supreme Court of New Jersey and the Bar of this Court,

who shall be held responsible for said papers and for the conduct of this case and who shall present before the Court during all phases of these proceedings, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and it is further

**ORDERED**, that Jonathan M. Barnes, Esq., shall arrange with the New Jersey Lawyer" Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and L.Civ.R. 101.1(c)(3), said fee to be deposited within twenty (20) days of the date of the entry of this Order (*if not already done so*), and it is further

**ORDERED**, that Jonathan M. Barnes, Esq., shall pay $150.00 to the Clerk of the United States District Court for the District of New Jersey in payment for the fee for admission *pro hac vice* in accordance with L.Civ.R. 101(c)(3), within twenty (20) days of entry of this Order; and it is further

**ORDERED**, that Jonathan M. Barnes, Esq., shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of L.Civ.R. 103.1, *Judicial Ethics and Professional Responsibility*, and L.Civ.R. 104.1, *Discipline of Attorneys*; and it is further

**ORDERED**, that Jonathan M. Barnes, Esq., shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended; and it is further

10

**ORDERED,** that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

                                            **The Honorable Jose R. Almonte**
                                            **United States Magistrate Judge**