UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Trutek Corp.,<br><br>                      Plaintiff,<br>-vs-<br><br>Yeong Wan Cho (a.k.a Peter Cho); Abdul Gaffar; Sei Young Yun; Salvacion USA, Inc.; Salvacion International, LLC; Salvacion Co., Ltd.; Salvacion R&D Center; Biosure Global, Ltd.; Immobiliaria La Salvacion, R.D., John and Jane Does 1 through 10 (gender neutral fictitious names); ABC Corporation 1 through 10 (fictitious names),<br><br>                      Defendants. | Civil Action No.: 2:23– cv-3709<br><br>**CERTIFICATION IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE**<br><br>**Electronically Filed** |

**Jeffrey D. Dyess**, of full age, hereby certifies as follows:

1. I am an attorney at Bradley Arant Boult Cummings LLP. My office address is One Federal Place, 1819 Fifth Avenue North, Birmingham, Alabama 35203-2119.

2. I am familiar with the facts of this case.

3. I have been licensed to practice law and am a member in good standing in the following jurisdictions: the State of Alabama (1995, Bar No. ASB-8764-E37 J)); the U.S. Court of Appeals, 11th Circuit (1996); the Federal District Courts of Middle District of Alabama (1996), Southern District of Alabama (1996); and Northern District of Alabama (1996).

4. I am not admitted to practice law in any other states.

5. I have never been under suspension or disbarment by any court, state or federal.

6. Upon being admitted to appear *pro hac vice*, I will make a payment in the amount of $246.17 as required by Rule 1:28-2(a) to the New Jersey Lawyers' Fund for Client Protection.

7. Pursuant to Local Civil Rule 101.1(c)(3) upon being admitted to appear *pro hac vice*, I will forthwith make a payment in the amount of $150.00 to the Clerk of the United States District Court for the District of New Jersey.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Executed this 30th day of August 2023.

_____
Jeffrey D. Dyess, Esq.

Sworn to and subscribed before me this 30th day of August, 2023

_____
Amy E. Nabors

[Notary Seal: Amy E. Nabors, My Commission Expires May 19, 2026, Notary Public, State of Alabama]

7