# EXHIBIT A

Service Details — Place Order

## Success! Your order is now being processed.

Review your current text message settings.

Receive text message updates for ALL of your cases.

Send Texts

**Mobile Number**
973-713-7714    Save

Message and data rates may apply.

Stay up to date on your request.

Go to the case details for REF-13603163 to check the status, send direct messages, complete action items and download proof of service. Don't worry we'll also send you email updates.

## For Your Records

| | |
|---|---|
| Service for 1 Party | $75.00 |
| Standard Delivery (included) | $0.00 |
| Signed Proof (included) | $0.00 |
| **Total Charge** | **$75.00** |

Place New Order

**Case Reference ID**
REF-13603163    Update

Use this to find your order and when contacting support.

### Service Documents

We will perform service according to the rules of civil procedure for the court shown on your document(s):

- Trutek Reply.pdf
- 0016. Brief in Opposition to ECF 13.pdf
- 0016-1. Exhibit A.pdf
- 0013. Suggestion of Death and Substitution of Party.pdf
- 0013-1. Exhibit A_Obituary and Affidavit of Non-Service.pdf
- 0013-2. Exhibit B_Record of Trustee.pdf

### Service Attempts

**Standard Delivery:** We'll make 2-3 attempts per week, up to 6 attempts total.

If we find a bad address, we will skip trace for a better one and provide a signed declaration of diligent attempts.

### After Service

Once signed we will email your **ready-to-file, proof of service or non-service**.

### Pricing Details

**Price is per address per person and per case.**

Price is based on Service in Florida.

FAQ & Documentation    Request a Feature    Terms of Service

◀ Previous    1 of 9    Next ▶

---

**Case entry in progress....**

Reference ID: REF-13603163

Submitted: 09/01/23

(1) Contacts

---

**Case #:** Not available

**Party to Serve:** Estate of Abdul Gaffar
8351 Catamaran Circle, Lakewood Ranch, FL 34202 (Under Review)

**Documents Category:** Other

**Court:** Not available

**Type:** Other

---

## Status Overview

① Document Review — ② Filing — ③ Service — ④ Proof — ⑤ Complete

⊗ Stop & Cancel

---

## Key Events

View All Activity

---

| Messages | Documents | Billing |

### Send a Message

Messages are monitored during business hours by customer support.

SM | Enter a message to send to ABC Legal customer support.

📎 Attach or Drag & Drop Documents

Send

---

**SM** Stefanie M. Sep 1, 2023 5:22 PM

> Exhibit A-C to follow after Reply

🔗 Document (Exhibit B _ Notice of Hearing.pdf)
🔗 Document (Exhibit C_ Aff of Non Service.pdf)
🔗 Document (Exhbit A_ Proof of Order.pdf)

**SM** Stefanie M. Sep 1, 2023 5:19 PM

> Exhibits 1-11 to follow after complaint

🔗 Document (0001-2. Exhibit 1_CDA.pdf)
🔗 Document (0001-3. Exhibit 2_Agreement.pdf)
🔗 Document (0001-4. Exhibit 3_Nov 6th Agreement.pdf)
🔗 Document (0001-5. Exhibit 4_802 Patent.pdf)
🔗 Document (0001-6. Exhibit 5_Covixyl-G.pdf)
🔗 Document (0001-7. Exhibit 6_Patent Application.pdf)
🔗 Document (0001-8. Exhibit 7_Covixyl-V.pdf)
🔗 Document (0001-9. Exhbit 8_Test Report From.pdf)



