# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUTEK CORP., <br><br> *Plaintiff,* <br> v. <br><br> PETER CHO; ABDUL GAFFAR; SALVACION USA, INC.; SALVACION CO. LTD.; SALVACION R&D CENTER; SALVACION INTERNATIONAL, LLC; BIOSURE GLOBAL; SALVATION R.D., <br><br> *Defendants.* | Civil Action No**.:** 2:23-cv-3709 <br><br> **Document Electronically Filed** |

## PLAINTIFF TRUTEK CORP.'S NOTICE OF HEARING ON SUGGESTION OF DEATH UPON THE RECORD AND MOTION FOR SUBSTITUTION OF PARTY (ECF 13)

LAW OFFICE OF KEITH ALTMAN
Solomon Radner (NJ SBN 283502018)
Keith Altman (*pro hac vice*)
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48331
Telephone: (248) 987-8929
SolomonRadner@kaltmanlaw.com
KeithAltman@kaltmanlaw.com
*Attorneys for Plaintiff*

LAW OFFICE OF KEITH ALTMAN
Stanley Kremen (*pro hac vice*)
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48331
Telephone: (248) 987-8929
StanleyKremen@kaltmanlaw.com

NEW JERSEY LOCATION:
4 Lenape Lane
East Brunswick, NJ
Telephone: (732) 593-7294
Facsimile: (732) 312-5218
shk@shk-dplc.ocm
*Attorney for Plaintiff*

Please be advised that on Monday, 18th day of September 2023, at 9:00a.m., or as soon thereafter as the parties may be heard, counsel for Plaintiff will move the Court to hear Plaintiff's Motion for Substitution of Party.

Date: September 1, 2023

Respectfully Submitted,

/s/ *Solomon Radner*
Solomon Radner (NJ SBN 283502018)
LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48331
Telephone: (248) 987-8929
solomonradner@kaltmanlaw.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 1st day of September 2023, the foregoing Notice of Hearing was served on all parties of record by means of electronic filing via the Electronic Case Filing (ECF) system.

/s/ *Solomon Radner*