# EXHIBIT C

Civil Action No.    2:23-CV-03709-JMV-JRA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Abdul Gaffar**
was recieved by me on **7/17/2023**:

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒  I returned the summons unexecuted because **Deceased** after attempting service at **8351 Catamaran Circle, Lakewood Ranch, FL 34202**; or

☐  Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date:  08/01/2023

*Server's signature*

**Raymond Mitchell**
*Printed name and title*

PO Box 55
Oneco, FL 34264-0055

*Server's address*

Additional information regarding attempted service, etc:

**7/22/2023 1:05 PM:** There was no answer at the address.
I knocked loudly on the front door and I rang the doorbell four times each. There was no answer.
There was a bluish silver Audi A6, Florida tag number 27AVIK, parked in the driveway. I do not know if there were any vehicles parked in the garage.
**7/26/2023 3:58 PM:** There was no answer at the address. I identified a 2021 LEXUS RX QPGY15 registered to the subject.
I knocked loudly on the front door and I rang the doorbell six times each. There was no response.
The Lexus was was the only vehicle parked in the driveway, but I do not know if there were any vehicles parked in the garage.



Tracking #: 0111365876

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 3)

Civil Action No.     2:23-CV-03709-JMV-JRA

**8/1/2023 3:25 PM: I spoke with an individual who identified themselves as the subject's spouse and they stated subject deceased. I identified a 2021 LEXUS RX QPGY15 registered to the subject.**
**Wife stated that the subject passed away suddenly on February 02, 2023.**



Tracking #: 0111365876
