Thomas J. White, Esq. (320372020)
**LADDEY, CLARK & RYAN, LLP**
60 Blue Heron Road, Suite 300
Sparta, New Jersey 07871-2600
(973) 729-1880; (973) 729-1224 Fax
Email: twhite@lcrlaw.com
*Local Counsel for Salvacion, USA, Inc., Salvacion Co., LTD., Yeong Wan Cho (aka Peter Cho), Salvacion R&D Center, Salvacion International, LLC, Sei Young Yun, Biosure Global, Ltd.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Trutek Corp., <br><br> Plaintiff, <br><br> -vs- <br><br> Yeong Wan Cho (a.k.a Peter Cho); Abdul Gaffar; Sei Young Yun; Salvacion USA, Inc.; Salvacion International, LLC; Salvacion Co., Ltd.; Salvacion R&D Center; Biosure Global, Ltd.; Immobiliaria La Salvacion, R.D., John and Jane Does 1 through 10 (gender neutral fictitious names); ABC Corporation 1 through 10 (fictitious names), <br><br> Defendants. | Civil Action No.: 2:23– cv-3709 <br><br> **CERTIFICATE OF SERVICE** <br><br> <u>**Electronically Filed**</u> |

**Thomas J. White**, hereby certifies as follows:

I am an attorney-at-law of the State of New Jersey and Of Counsel of the Law Office of Laddey, Clark & Ryan, LLP, attorney for Defendants in the above matter. I hereby certify that on this 25th day of August 2023, I caused copies of Defendant's Notice of Motion for Admission Pro Hac Vice of Co-Counsel, the Application and Certification of Thomas J. White, Esq. in support thereof, the Declaration of Benn C. Wilson, and a proposed form of an Order to be filed via the Court's CM/ECF electronic filing system.

Dated: September __7__, 2023

By: _____
Thomas J. White, Esq.

8