Thomas J. White, Esq. (320372020)
**LADDEY, CLARK & RYAN, LLP**
60 Blue Heron Road, Suite 300
Sparta, New Jersey 07871-2600
(973) 729-1880; (973) 729-1224 Fax
Email: twhite@lcrlaw.com
*Local Counsel for Salvacion, USA, Inc., Salvacion Co., LTD., Yeong Wan Cho (aka Peter Cho), Salvacion R&D Center, Salvacion International, LLC, Sei Young Yun, Biosure Global, Ltd.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Trutek Corp., <br><br> Plaintiff, <br><br> -vs- <br><br> Yeong Wan Cho (a.k.a Peter Cho); Abdul Gaffar; Sei Young Yun; Salvacion USA, Inc.; Salvacion International, LLC; Salvacion Co., Ltd.; Salvacion R&D Center; Biosure Global, Ltd.; Immobiliaria La Salvacion, R.D., John and Jane Does 1 through 10 (gender neutral fictitious names); ABC Corporation 1 through 10 (fictitious names), <br><br> Defendants. | Civil Action No.: 2:23– cv-3709 <br><br> **APPLICATION AND CERTIFICATION OF THOMAS J. WHITE IN SUPPORT OF THE PRO HAC VICE ADMISSION OF COUNSEL BENN C. WILSON, ESQ.** <br><br> **Electronically Filed** |

**Thomas J. White**, of full age, hereby certifies as follows:

1. I am an attorney of Laddey, Clark, & Ryan, LLP, 60 Blue Heron Road, Suite 300, Sparta, New Jersey 07871-2600. I am admitted to practice before the State Courts of New Jersey (320372020) and the United States District Court for the District of New Jersey. I am a member in good standing in each of these bars. I presently am not the subject of any disbarment or suspension proceeding before this or any Court.

2. I submit this Certification in support of the application by Defendants for admission *pro hac vice* of Benn C. Wilson, Esq. of the law firm Bradley Arant Boult Cummings LLP, One

4

Federal Place, 1819 Fifth Avenue North, Birmingham, Alabama 35203-2119, to appear in this action as counsel for Defendants.

3. Pursuant to Local Civil Rule 101.1, I understand that all pleadings, briefs, stipulations, and other papers filed with the Court shall be signed by or for me. Further, I agree to promptly notify the attorneys admitted *pro hac vice* of the receipt of all notices, Orders and pleadings.

4. On behalf of Defendants, I respectfully request that the Court grant its application to have Benn C. Wilson, Esq., admitted pro hac vice to appear and participate as their counsel in this matter pursuant to Local Civil Rule 101.1(c).

5. I conferred with all parties that have appeared and no party opposes the pro hac vice admission.

Dated: September 7, 2023.

**LADDEY, CLARK & RYAN, LLP**
60 Blue Heron Road, Suite 300
Sparta, New Jersey 07871-2600
(973) 729-1880; (973) 729-1224 Fax
Email: twhite@lcrlaw.com

By: _____
Thomas J. White, Esq.

5