**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Trutek Corp.,<br><br>                     Plaintiff,<br>-vs-<br><br>Yeong Wan Cho (a.k.a Peter Cho); Abdul Gaffar; Sei Young Yun; Salvacion USA, Inc.; Salvacion International, LLC; Salvacion Co., Ltd.; Salvacion R&D Center; Biosure Global, Ltd.; Immobiliaria La Salvacion, R.D., John and Jane Does 1 through 10 (gender neutral fictitious names); ABC Corporation 1 through 10 (fictitious names),<br>                     Defendants. | Civil Action No.: 2:23– cv-3709<br><br>**CERTIFICATION IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE**<br><br>**Electronically Filed** |

**Benn C. Wilson**, of full age, hereby certifies as follows:

1. I am an attorney at Bradley Arant Boult Cummings LLP. My office address is One Federal Place, 1819 Fifth Avenue North, Birmingham, Alabama 35203-2119.

2. I am familiar with the facts of this case.

3. I have been licensed to practice law and am a member in good standing in the following jurisdictions: the State of Alabama (2016, Bar No. ASB-1295-B69 E) 415 Dexter Avenue, Montgomery, AL 36104, 800-354-6154; State of Georgia (2009, Bar No. 753357) 104 Marietta St., NW, Atlanta, GA 30303, 404-527-8700; District of Columbia (2013, Bar No. 1012057) 901 4th Street, NW, Washington, DC 20001, 202-737-4700; the U.S. Court of Appeals for the Federal Circuit (2013), Hon. Jarrett B. Perlow, 717 Madison Place, NW, Room 401, Washington, DC 20439, 202-275-8000; the U.S. Court of Appeals, 11th Circuit (2017) Hon. David J. Smith, Clerk of the Court, 56 Forsyth Street, N.W., Atlanta, GA 30303, 404-335-6100; the Federal District Court of the Middle District of Alabama (2018) Hon. Troy Granger, Clerk

6

of the Court, 1 Church Street, Room B-110, Montgomery, AL 36104, 334-954-3600 and the Northern District of Alabama (2018) Hon. Greer M. Lynch, Clerk of the Court, 1729 5th Ave. N., Birmingham, AL 35203, 205-278-1700; the Supreme Court of Georgia (2011) Hon. Therese Barnes, 330 Capitol Avenue, SE, 1st Floor, Ste. 1100, Atlanta, GA 30334, 404-656-3470; and the Federal District Court of the Northern District of Georgia (2020) Hon. Kevin P. Weimer, 2211 U.S. Courthouse, 75 Ted Turner Dr., SW, Atlanta, GA 30303, 404-215-1600 and the Middle District of Georgia (2010) Hon. David W. Bunt, 475 Mulberry Street, Macon, GA 31201, 478-752-3497.

4. I am not admitted to practice law in any other states.

5. I have never been under suspension or disbarment by any court, state or federal.

6. Upon being admitted to appear *pro hac vice*, I will make a payment in the amount of $246.17 as required by Rule 1:28-2(a) to the New Jersey Lawyers' Fund for Client Protection.

7. Pursuant to Local Civil Rule 101.1(c)(3) upon being admitted to appear *pro hac vice*, I will forthwith make a payment in the amount of $150.00 to the Clerk of the United States District Court for the District of New Jersey.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Executed this 7th day of September 2023.

Benn C. Wilson, Esq.

Sworn to and subscribed before me this 7th day of September, 2023

7