UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Trutek Corp.,<br><br>         Plaintiff,<br> -vs-<br><br>Yeong Wan Cho (a.k.a Peter Cho); Abdul Gaffar; Sei Young Yun; Salvacion USA, Inc.; Salvacion International, LLC; Salvacion Co., Ltd.; Salvacion R&D Center; Biosure Global, Ltd.; Immobiliaria La Salvacion, R.D., John and Jane Does 1 through 10 (gender neutral fictitious names); ABC Corporation 1 through 10 (fictitious names),<br><br>         Defendants. | Civil Action No.: 2:23– cv-3709<br><br>**CERTIFICATION IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE**<br><br>**Electronically Filed** |

  **Jason E. Fortenberry**, of full age, hereby certifies as follows:

  1. I am an attorney at Bradley Arant Boult Cummings LLP. My office address is One Jackson Place, 188 East Capitol Street, Suite 1000, Jackson, Mississippi 39201.

  2. I am familiar with the facts of this case.

  3. I have been licensed to practice law and am a member in good standing in the following jurisdictions: the State of Mississippi (2006, Bar No. 102282) 643 North State Street, Jackson, MS 39202, 601-948-4771; the Mississippi Supreme Court (2006) Hon. D. Jeremy Whitmire, Clerk of the Court, 450 High Street, Suite 300, Jackson, MS 39201, 601-359-3694; the Federal District Courts of Southern Mississippi (2006) Hon. Arthur Johnson, Clerk of the Court, 501 E. Court Street, Room 2.500, Jackson, MS 39201, 601-608-4010, Northern Mississippi (2006) Hon. David Crews, Clerk of the Court, 911 Jackson Avenue, Room 369, Oxford, MS 38655, 662-234-1971; and the Federal Fifth Circuit Court of Appeals (2006) Hon.

Lyle W. Cayce, Clerk of the Court, F. Edward Hebert Bldg., 600 Maestri Place, New Orleans, LA 70130-3408, 504-310-7700.

4. I am not admitted to practice law in any other states.

5. I have never been under suspension or disbarment by any court, state or federal.

6. Upon being admitted to appear *pro hac vice*, I will make a payment in the amount of $246.17 as required by Rule 1:28-2(a) to the New Jersey Lawyers' Fund for Client Protection.

7. Pursuant to Local Civil Rule 101.1(c)(3) upon being admitted to appear *pro hac vice*, I will forthwith make a payment in the amount of $150.00 to the Clerk of the United States District Court for the District of New Jersey.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Executed this 8th day of September 2023.

_____
Jason E. Fortenberry, Esq.

Sworn to and subscribed before me this 8th day of September, 2023

_____

[Notary Seal: STATE OF MISSISSIPPI, MIA T. BROWN, NOTARY PUBLIC, Rankin County, Commission Expires March 27, 2027, COMMISSION NUMBER 127262]

7