AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| Trutek Corp. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  2:23-cv-03709-JMV-JRA |
| Yeong Wan Cho (aka Peter Cho), et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Trutek Corp.

Date:  09/12/2023

/s/ Keith Altman
*Attorney's signature*

Keith Altman, pro hac vice
*Printed name and bar number*

The Law Office of Keith Altman
33228 W. 12 Mile Road, Ste. 375
Farmington Hills, MI 48334
*Address*

keithaltman@kaltmanlaw.com
*E-mail address*

(248) 987-8929
*Telephone number*

*FAX number*