**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TRUTEK CORP.,<br><br>         Plaintiff,<br>   v.<br><br>YEONG WAN CHO (a.k.a. PETER CHO, ET AL.,<br><br>         Defendants. | Civil Action No.: 2:23– cv-3709<br><br>**Document Electronically Filed** |

**THE ESTATE OF ABDUL GAFFAR'S JOINDER IN DEFENDANT PETER CHO'S OPPOSITION TO TRUTEK'S MOTION FOR SUBSTITUTION OF PARTY**

LADDEY, CLARK & RYAN, LLP
Thomas N. Ryan (018951985)
Thomas J. White (320372020)
60 Blue Heron Road, Suite 300
Sparta, New Jersey 07871-2600
Telephone: (973) 729-1880
Facsimile: (973) 729-1224
tryan@lcrlaw.com
twhite@lcrlaw.com

*Attorneys for Defendants Salvacion, USA, Inc.; Salvacion Co., LTD.; Yeong Wan Cho (aka Peter Cho); Salvacion R&D Center; Salvacion International, LLC; Sei Young Yun; Biosure Global, Ltd.*

BRADLEY ARANT BOULT CUMMINGS LLP
Jason E. Fortenberry (*pro hac vice*)
Jonathan M. Barnes (*pro hac vice*)
188 East Capitol Street, Suite 1000
Jackson, Mississippi 39215-1789
Telephone: (601) 948-8000
Facsimile: (601) 948-3000
jfortenberry@bradley.com
jbarnes@bradley.com

Jeffrey D. Dyess (*pro hac vice*)
Benn C. Wilson (*pro hac vice*)
1819 5th Avenue North
Birmingham, Alabama
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
jdyess@bradley.com
bcwilson@bradley.com

*Attorneys for Defendants Salvacion, USA, Inc.; Salvacion Co., LTD.; Yeong Wan Cho (aka Peter Cho); Salvacion R&D Center; Salvacion International, LLC; Sei Young Yun; Biosure Global, Ltd.*

The Estate of Abdul Gaffar hereby joins in and incorporates by reference as if fully stated herein Defendant Peter Cho's Opposition to Trutek's Motion for Substitution of Parties, Doc. 16.

Please take notice that the Estate of Abdul Gaffar enters a special, limited appearance for the sole purpose submitting this joinder and is not entering a general appearance or waiving any defenses under Rule 12(b) if it is at a later time properly added as a party to this lawsuit and duly served a summons and complaint to effectuate service of process.

Due to the brevity of this joinder, the Estate of Abdul Gaffar respectfully asks the Court to excuse it from the local rule requirements of providing a table of contents, table of authorities, or separate memorandum of authorities.

Dated: September 15, 2023                     Respectfully submitted,

LADDEY, CLARK & RYAN, LLP

BY: */s/ Thomas J. White*                     BRADLEY ARANT BOULT CUMMINGS LLP
Thomas N. Ryan (018951985)                    Jason E. Fortenberry (*pro hac vice*)
Thomas J. White (320372020)                   Jonathan M. Barnes (*pro hac vice*)
60 Blue Heron Road, Suite 300                 188 East Capitol Street, Suite 1000
Sparta, New Jersey 07871-2600                 Jackson, Mississippi 39215-1789
Telephone: (973) 729-1880;                    Telephone: (601) 948-8000
Facsimile: (973) 729-1224                     Facsimile: (601) 948-3000
tryan@lcrlaw.com                              jfortenberry@bradley.com
twhite@lcrlaw.com                             jbarnes@bradley.com

*Attorneys for Non-party the Estate of Abdul*     Jeffrey D. Dyess (*pro hac vice*)
*Gafar and Defendants Salvacion, USA, Inc.;*      Benn C. Wilson (*pro hac vice*)
*Salvacion Co., LTD.; Yeong*                      1819 5th Avenue North
*Wan Cho (aka Peter Cho); Salvacion*              Birmingham, Alabama
*R&D Center; Salvacion International,*            Telephone: (205) 521-8000
*LLC; Sei Young Yun; Biosure Global, Ltd.*        Facsimile: (205) 521-8800
                                                  jdyess@bradley.com
                                                  bcwilson@bradley.com
                                                  *Attorneys for Non-party the Estate of Abdul*
                                                  *Gafar and Defendants Salvacion, USA, Inc.;*
                                                  *Salvacion Co., LTD.; Yeong*
                                                  *Wan Cho (aka Peter Cho); Salvacion*
                                                  *R&D Center; Salvacion International,*
                                                  *LLC; Sei Young Yun; Biosure Global, Ltd.*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that, on this day, the foregoing document was filed with the Clerk of the Court through the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: September 15, 2023

Respectfully submitted,

LADDEY, CLARK & RYAN, LLP

BY: */s/ Thomas J. White*
Thomas N. Ryan (018951985)
Thomas J. White (320372020)
60 Blue Heron Road, Suite 300
Sparta, New Jersey 07871-2600
Telephone: (973) 729-1880;
Facsimile: (973) 729-1224
tryan@lcrlaw.com
twhite@lcrlaw.com

*Attorneys for Non-party the Estate of Abdul Gafar and Defendants Salvacion, USA, Inc.; Salvacion Co., LTD.; Yeong Wan Cho (aka Peter Cho); Salvacion R&D Center; Salvacion International, LLC; Sei Young Yun; Biosure Global, Ltd.*