UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

Trutek Corp.,

        Plaintiff(s),

v.

Yeong Wan Cho (a.k.a. Peter Cho), et al.

        Defendant(s)

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Civil Action No. 2:23-cv-3709

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

*/s/ [signature]*
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Jeffrey D. Dyess

Address: Bradley Arant Boult Cummings
1819 Fifth Ave. North
Birmingham, AL 35203
205-521-8000

E-mail: jdyess@bradley.com
(One email address only)