UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Trutek Corp., <br><br> Plaintiff(s), <br><br> v. <br><br> Yeong Wan Cho (a.k.a. Peter Cho), et al. <br><br> Defendant(s) | **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** <br><br> Civil Action No. 2:23-cv-3709 |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

*/s/ signature*
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Jason E. Fortenberry

Address: Bradley Arant Boult Cummings
188 E. Capitol St., Ste. 1000
Jackson, MS 39201
601-592-9973

E-mail: jfortenberry@bradley.com
(One email address only)

DNJ-CMECF-002