UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

Trutek Corp.,

                    Plaintiff(s).

          **v.**

Yeong Wan Cho (a.k.a. Peter Cho), et al.

                    Defendant(s)

**REQUEST BY LOCAL COUNSEL
FOR PRO HAC VICE ATTORNEY TO
RECEIVE ELECTRONIC
NOTIFICATION**

Civil Action No. 2:23-cv-3709

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1.    An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2.    If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

/s/ *Solomon Radner*
_____
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name:       Stanley Kremen

Address:    Law Office of Keith Altman

            33228 West 12 Mile Road, Ste 3

            Farmington Hills, MI 48334

            Telephone: (248) 987-8929

E-mail:     shk@shk-dplc.com

            (One email address only)

DNJ-CMECF-002 |