UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUTEK CORP.,<br><br>    Plaintiff,<br>v.<br><br>YEONG WAN CHO (a.k.a. PETER CHO, ET AL.,<br><br>    Defendants. | Civil Action No.: 2:23– cv-3709<br><br>**Document Electronically Filed** |

## ORDER

**THIS MATTER** having been opened to the Court on the motion of Defendant Salvacion International, LLC by Thomas J. White of Laddey, Clark & Ryan, LLP, and upon notice to all counsel, and the Court having considered this matter, the papers, and any opposition and reply filed hereto:

**IT IS HEREBY ORDERED** that all Trutek Corp.'s claims asserted against Defendant Salvacion International, LLC are dismissed with prejudice, except for Trutek's claim for direct infringement of claim 2 its '802 patent.

**SO ORDERED** on this _____ day of _____, 2023.

                _____
                **Esther Salas**
                **United States District Judge**