**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TRUTEK CORP., <br><br> Plaintiff, <br> v. <br><br> YEONG WAN CHO (a.k.a. PETER CHO, ET AL., <br><br> Defendants. | Civil Action No.: 2:23– cv-3709 <br><br> **Document Electronically Filed** |

**ORDER**

**THIS MATTER** having been opened to the Court on the motion of Defendant Salvacion USA, Inc. by Thomas J. White of Laddey, Clark & Ryan, LLP, and upon notice to all counsel, and the Court having considered this matter, the papers, and any opposition and reply filed hereto:

**IT IS HEREBY ORDERED** that all Trutek Corp.'s claims asserted against Defendant Salvacion USA, Inc. are dismissed with prejudice, except for Trutek's claim for direct infringement of claim 2 its '802 patent.

**SO ORDERED** on this _____ day of _____, 2023.

_____
**Esther Salas**
**United States District Judge**
