**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TRUTEK CORP., <br><br>    Plaintiff, <br> v. <br><br> YEONG WAN CHO (a.k.a. PETER CHO, ET AL., <br><br>    Defendants. | Civil Action No.: 2:23– cv-3709 <br><br> **Document Electronically Filed** |

**ORDER**

    **THIS MATTER** having been opened to the Court on the motion of Defendant BioSure Global, Ltd. by Thomas J. White of Laddey, Clark & Ryan, LLP, and upon notice to all counsel, and the Court having considered this matter, the papers, and any opposition and reply filed hereto:

    **IT IS HEREBY ORDERED** that all Trutek Corp.'s claims asserted against Defendant BioSure Global, Ltd. are dismissed under Federal Rule of Civil Procedure 12(b)(2). Even if Trutek Corp. had met its burden to demonstrate the Court may exercise personal jurisdiction over Defendant BioSure Global, Ltd., Trutek Corp.'s Complaint nevertheless failed to state a claim against Defendant BioSure Global, Ltd and would be dismissed with prejudice.

    **SO ORDERED** on this _____ day of _____, 2023.

<br>

                                                                                           **Esther Salas**
                                                                                         **United States District Judge**