**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TRUTEK CORP., <br><br> Plaintiff, <br> v. <br><br> YEONG WAN CHO (a.k.a. PETER CHO, ET AL., <br><br> Defendants. | Civil Action No.: 2:23– cv-3709 <br><br> **Document Electronically Filed** |

**ORDER**

**THIS MATTER** having been opened to the Court on the motion of Defendant Peter Cho by Thomas J. White of Laddey, Clark & Ryan, LLP, and upon notice to all counsel, and the Court having considered this matter, the papers, and any opposition and reply filed hereto:

**IT IS HEREBY ORDERED** that for all the reasons stated in Defendant Peter Cho's brief, all Trutek Corp.'s claims asserted against Defendant Peter Cho are dismissed with prejudice except the express breach of contract claim for compensatory damages.

**SO ORDERED** on this _____ day of _____, 2023.

_____
**Esther Salas**
**United States District Judge**