

US009750706B2

## (12) United States Patent
### Wahi et al.

(10) Patent No.: **US 9,750,706 B2**
(45) Date of Patent: **Sep. 5, 2017**

(54) **ELECTROSTATICALLY CHARGED NASAL APPLICATION METHOD AND PRODUCT FOR MICRO-FILTRATION**

(71) Applicant: **TRUTEK Corp.**, Somerville, NJ (US)

(72) Inventors: **Ashok Wahi**, Basking Ridge, NJ (US); **John Lawrence Dequina**, Bridgewater, NJ (US); **Kanika Wahi**, Basking Ridge, NJ (US); **Bernard Foss**, Somerset, NJ (US)

(73) Assignee: **TRUTEK CORP.**, Somerville, NJ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **15/458,952**

(22) Filed: **Mar. 14, 2017**

(65) **Prior Publication Data**
US 2017/0181985 A1   Jun. 29, 2017

**Related U.S. Application Data**

(62) Division of application No. 15/390,227, filed on Dec. 23, 2016.

(51) **Int. Cl.**
| | |
|---|---|
| A61K 31/14 | (2006.01) |
| A61K 31/135 | (2006.01) |
| A01N 25/24 | (2006.01) |
| A61K 9/00 | (2006.01) |
| A61K 9/70 | (2006.01) |

(52) **U.S. Cl.**
CPC ........ *A61K 31/14* (2013.01); *A61K 9/0009* (2013.01); *A61K 9/0014* (2013.01); *A61K 9/0043* (2013.01); *A61K 9/7007* (2013.01)

(58) **Field of Classification Search**
CPC ..... A61K 9/0041; A61K 31/14; A61K 31/135
USPC ................... 514/642, 643, 646; 424/407
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 8,481,480 B1* | 7/2013 | Lam | .......... | A61K 8/0208 514/1.1 |
| 2010/0278906 A1* | 11/2010 | Sondgeroth | .......... | A61K 8/416 424/450 |
| 2014/0143960 A1* | 5/2014 | Reid | .......... | A61K 8/375 8/161 |

* cited by examiner

Primary Examiner — Raymond Henley, III
(74) Attorney, Agent, or Firm — Stanley H. Kremen

(57) **ABSTRACT**

A method of microfiltration of inhaled air for nasal application and product for reducing the risk of inhalation of fine and ultra-fine (i.e., microscopic and submicroscopic) sized atmospheric pollutants by applying a formulation topically to the skin above the upper-lip and in close proximity of the nasal passages. The products of this formulation, when applied, create an electrostatic field for reducing the inhalation of fine and ultra-fine airborne pollutants.

**5 Claims, No Drawings**



US009737497B2

## (12) United States Patent
### Wahi et al.

(10) Patent No.: **US 9,737,497 B2**
(45) Date of Patent: **Aug. 22, 2017**

(54) **ELECTROSTATICALLY CHARGED NASAL APPLICATION METHOD AND PRODUCT FOR MICRO-FILTRATION**

(71) Applicant: **TRUTEK Corp.**, Somerville, NJ (US)

(72) Inventors: **Ashok Wahi**, Basking Ridge, NJ (US); **John Lawrence Dequina**, Bridgewater, NJ (US); **Kanika Wahi**, Basking Ridge, NJ (US); **Bernard Foss**, Somerset, NJ (US)

(73) Assignee: **TRUTEK CORP.**, Somerville, NJ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **15/390,227**

(22) Filed: **Dec. 23, 2016**

(65) **Prior Publication Data**

US 2017/0105950 A1   Apr. 20, 2017

(51) **Int. Cl.**
| | |
|---|---|
| A61K 31/14 | (2006.01) |
| A61K 31/135 | (2006.01) |
| A01N 25/24 | (2006.01) |
| A61K 9/00 | (2006.01) |
| A62B 23/06 | (2006.01) |

(52) **U.S. Cl.**
CPC .......... *A61K 31/14* (2013.01); *A61K 9/0014* (2013.01); *A61K 9/0043* (2013.01); *A62B 23/06* (2013.01)

(58) **Field of Classification Search**
CPC ..... A61K 9/0041; A61K 31/14; A61K 31/135
USPC ....................... 424/407; 514/642, 643, 646
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 1,071,015 A | 8/1913 | Adler |
| 2,237,954 A | 4/1941 | Wilson |
| 2,433,565 A | 12/1947 | Korman |
| 2,751,906 A | 10/1953 | Irvine |
| 2,777,442 A | 4/1955 | Zelano |
| 3,145,711 A | 8/1964 | Berber |
| 3,513,839 A | 5/1970 | Vacante |
| 4,030,491 A | 6/1977 | Manila |
| 4,052,983 A | 10/1977 | Bovender |
| 4,220,150 A | 9/1980 | King |
| 4,267,831 A | 5/1981 | Aguilar |
| 4,401,117 A | 8/1983 | Gershuny |
| 4,652,282 A | 3/1987 | Ohmori et al. |
| 4,789,504 A | 12/1988 | Ohmori et al. |
| 4,874,659 A | 10/1989 | Ando et al. |
| 5,468,488 A | 11/1995 | Wahi |
| 5,674,481 A | 10/1997 | Wahi |
| 6,494,205 B1 | 12/2002 | Brown |
| 6,844,005 B2 | 1/2005 | Wahi et al. |
| 7,156,098 B2 | 1/2007 | Dolezal et al. |
| 8,163,802 B2 | 4/2012 | Wahi |
| 8,481,480 B1* | 7/2013 | Lam ............... A61K 8/0208 514/1.1 |
| 2003/0223934 A1 | 12/2003 | Wahi |
| 2004/0261798 A1 | 12/2004 | Rimkus |
| 2009/0235933 A1 | 9/2009 | Wahi |
| 2009/0258946 A1 | 10/2009 | Wahi |
| 2010/0055152 A1 | 3/2010 | Wahi |
| 2010/0278906 A1* | 11/2010 | Sondgeroth ......... A61K 8/416 424/450 |
| 2014/0143960 A1* | 5/2014 | Reid ................. A61K 8/375 8/161 |

* cited by examiner

Primary Examiner — Raymond Henley, III
(74) Attorney, Agent, or Firm — Stanley H. Kreman

(57) **ABSTRACT**

A method of microfiltration of inhaled air for nasal application and product for reducing the risk of inhalation of fine and ultra-fine (i.e., microscopic and submicroscopic) sized atmospheric pollutants by applying a formulation topically to the skin above the upper-lip and in close proximity of the nasal passages. The products of this formulation, when applied, create an electrostatic field for reducing the inhalation of fine and ultra-fine airborne pollutants.

**17 Claims, No Drawings**



US006844005B2

## (12) United States Patent
### Wahi et al.

(10) Patent No.:     US 6,844,005 B2
(45) Date of Patent:      Jan. 18, 2005

(54) **ELECTROSTATICALLY CHARGED NASAL APPLICATION PRODUCT WITH INCREASED STRENGTH**

(75) Inventors: **Ashok L. Wahi**, Hillsborough, NJ (US); **Kanneth Sugathan**, Franklin Park, NJ (US)

(73) Assignee: **Trutek Corp**, Hillsborough, NJ (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 370 days.

(21) Appl. No.: 10/082,978

(22) Filed: **Feb. 25, 2002**

(65) **Prior Publication Data**

US 2003/0161790 A1 Aug. 28, 2003

(51) Int. Cl.$^7$ ................................. A61F 13/02; A61K 9/14
(52) U.S. Cl. ...................... 424/434; 424/443; 424/484; 424/485; 424/486
(58) Field of Search ........................ 424/434, 443, 424/484, 485, 486, 43

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,468,488 A  * 11/1995 Wahi ...................... 424/78.03
5,674,481 A  * 10/1997 Wahi ...................... 424/78.03

* cited by examiner

Primary Examiner—Carlos A. Azpuru
(74) Attorney, Agent, or Firm—Kenneth P. Glynn, Esq.

(57) **ABSTRACT**

The present invention relates to a nasal topical application product for restricting the flow of airborne contaminants into a human nasal passage by creation of a proximate, enhanced electrostatic field. This nasal application product includes: (a) a plurality of masses of one or more electrostatic polymers; and, (b) a topical carrier having the plurality of masses dispersed through a portion thereof. At least one of the electrostatic polymers is a poly (dimethyl diallyl ammonium chloride) polymer and is included in the product in an amount of at least 10% by weight, based on the total weight of the polymers and the topical carrier. The nasal application product may be topical solutions, semisolids, spray solutions and vaporizable solutions. Topical applications may be in the form of ointments, pastes, creams and gels. The carrier of the nasal application product of the present invention may be selected from the group consisting of dilutents, volatile spray carriers, lotions, solvents, gels and hydrogels. In some embodiments, substrates, e.g., bandage type substrates, with adhesive on one side and the product polymer(s) and carrier on the opposite side, may be employed.

**20 Claims, 2 Drawing Sheets**

