IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUTEK CORP.,<br><br>   *Plaintiff,*<br>v.<br><br>Yeong Wan Cho (a.k.a. Peter Cho); Abdul Gaffar; Sei Young Yun; Salvacion USA, Inc.; Salvacion International, LLC; Salvacion Co., Ltd.; Salvacion R&D Center; Biosure Global, Ltd.; Immobiliaria La Salvacion, R.D.; John and Jane Does 1 through 10 (gender neutral fictitious names); ABC Corporation 1 through 10 (fictitious names),<br><br>   *Defendants.* | Civil Action No.: 2:23-cv-3709<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO CONSOLIDATED MOTION TO DISMISS** |

  Plaintiff, TRUTEK CORP., having moved for an extension of time of fourteen (14) additional days to respond to Defendants' Consolidated Motion to Dismiss and for an allowance of 48 pages in brief length to respond to Defendants' Consolidated Motion, and the Court being fully advised of the premises,

  IT IS HEREBY ORDERED that the motion is GRANTED. Plaintiff shall have to and including November 22, 2023, to respond to Defendants' Consolidated Motion to Dismiss, and shall be entitled to 48 pages in brief length to respond to Defendants' Consolidated Motion.

Dated: _____      _____
                                   Hon. Jose R. Almonte
                                   United States Magistrate Judge