# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUTEK CORP.,<br><br>*Plaintiff,*<br><br>v.<br><br>Yeong Wan Cho (a.k.a. Peter Cho); Abdul Gaffar; Sei Young Yun; Salvacion USA, Inc.; Salvacion International, LLC; Salvacion Co., Ltd.; Salvacion R&D Center; Biosure Global, Ltd.; Immobiliaria La Salvacion, R.D.; John and Jane Does 1 through 10 (gender neutral fictitious names); ABC Corporation 1 through 10 (fictitious names),<br><br>*Defendants.* | Civil Action No.: 2:23-cv-3709<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO CONSOLIDATED MOTION TO DISMISS** |

    Plaintiff, TRUTEK CORP., having moved for an extension of time of fourteen (14) additional days to respond to Defendants' Consolidated Motion to Dismiss and for an allowance of 48 pages in brief length to respond to Defendants' Consolidated Motion (ECF No. 47), and the Court being fully advised of the premises,

    IT IS HEREBY ORDERED that the motion (ECF No. 47) is GRANTED. Plaintiff shall have to and including November 22, 2023, to respond to Defendants' Consolidated Motion to Dismiss, and shall be entitled to 48 pages in brief length to respond to Defendants' Consolidated Motion. In light of the foregoing, Defendants shall have to and including December 4, 2023, to reply. Once all papers have been exchanged, Defendants' counsel shall file with the Court all of the papers. All papers shall be filed by no later than December 4, 2023.

Dated: November 8, 2023

_____
HON. JOSE R. ALMONTE
UNITED STATES MAGISTRATE JUDGE