| | |
|---|---|
| THE LAW OFFICE OF KEITH ALTMAN<br>Solomon M. Radner, Esq.<br>(NJ SBN 283502018)<br>Keith Altman, Esq. (*pro hac vice*)<br>33228 West 12 Mile Road, Suite 375<br>Farmington Hills, MI 48334<br>Telephone: (248) 987-8929<br>keithaltman@kaltmanlaw.com<br>solomonradner@kaltmanlaw.com | LAW OFFICE OF STANLEY KREMEN, ESQ.<br>Stanley H. Kremen, Esq. (*pro hac vice*)<br>4 Lenape Lane<br>East Brunswick, NJ<br>Telephone: (732)593-7294<br>Facsimile: (732) 312-5218<br>shk@shk-dplc.com |

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUTEK CORP.,<br><br>　　　　*Plaintiff,*<br>v.<br><br>YEONG WAN CHO (a/k/a Peter Cho);<br>*et al.*<br>　　　　*Defendants.* | Civil Action No..**:** 2:23-cv-03709-ES-JRA<br><br>**Document Electronically Filed** |

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2023, I served Plaintiff's Memorandum of Law in Opposition to Defendants' Consolidated Motion to Dismiss upon all parties via electronic mail.

Date: November 22, 2023　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　*/s/ Solomon M. Radner*
　　　　　　　　　　　　　　　　Solomon M. Radner (NJ SBN 283502018)
　　　　　　　　　　　　　　　　LAW OFFICE OF KEITH ALTMAN

33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48331
Telephone: (248) 987-8929
solomonradner@kaltmanlaw.com
*Attorney for Plaintiff*