**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TRUTEK CORP., <br><br> Plaintiff, <br> v. <br><br> YEONG WAN CHO (a.k.a. PETER CHO, ET AL., <br><br> Defendants. | Civil Action No.: 2:23– cv-3709 <br><br> **Document Electronically Filed** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

LADDEY, CLARK & RYAN, LLP
Thomas N. Ryan (018951985)
Thomas J. White (320372020)
60 Blue Heron Road, Suite 300
Sparta, New Jersey 07871-2600
Telephone: (973) 729-1880;
Facsimile: (973) 729-1224
tryan@lcrlaw.com
twhite@lcrlaw.com

*Attorneys for Defendants Salvacion, USA, Inc.; Salvacion Co., LTD.; Yeong Wan Cho (aka Peter Cho); Salvacion R&D Center; Salvacion International, LLC; Sei Young Yun; Biosure Global, Ltd*.

BRADLEY ARANT BOULT CUMMINGS LLP
Jason E. Fortenberry (*pro hac vice*)
Jonathan M. Barnes (*pro hac vice*)
188 East Capitol Street, Suite 1000
Post Office Box 1789
Jackson, Mississippi 39215-1789
Telephone: (601) 948-8000
Facsimile: (601) 948-3000
jfortenberry@bradley.com
jbarnes@bradley.com

Jeffrey D. Dyess (*pro hac vice*)
Benn C. Wilson (*pro hac vice*)
1819 5th Avenue North
Birmingham, Alabama
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
jdyess@bradley.com
bcwilson@bradley.com

*Attorneys for Defendants Salvacion, USA, Inc.; Salvacion Co., LTD.; Yeong Wan Cho (aka Peter Cho); Salvacion R&D Center; Salvacion International, LLC; Sei Young Yun; Biosure Global, Ltd*.

Defendants Salvacion, USA, Inc., Salvacion Co., LTD., Yeong Wan Cho (aka Peter Cho) and BioSure Global, Ltd. (the "Moving Defendants") present the following Unopposed Motion for Extension of Time, as follows:

1. On July 11, 2023, Plaintiff filed its Complaint.

2. On October 25, 2023, the Moving Defendants served a consolidated motion to dismiss pursuant to the Court's October 4, 2023 Text Order directing consolidation and submission of the Moving Defendants' motions to dismiss.

3. Plaintiff's deadline to respond to the consolidated motion to dismiss was originally November 8, 2023.

4. The Court granted Plaintiff's unopposed motion for extension of time to respond to the consolidated motion to dismiss, extending Plaintiff's deadline 14 days to November 22, 2023.

5. Plaintiff served its response to the consolidated motion to dismiss on November 22, 2023.

6. The Moving Defendants' deadline to serve and file a rebuttal brief in support of their consolidated motion to dismiss is currently December 4, 2023.

7. The Moving Defendants respectfully request a 10-day extension of time, or, until December 14, 2023, to serve and file a rebuttal brief in support of their consolidated motion to dismiss.

8. The Moving Defendants have not moved for or obtained similar extensions of time related to the subject motion.

9. Counsel for the Moving Defendants has conferred with Counsel for Plaintiff regarding this motion. Plaintiff does not oppose this motion.

10. This request is not filed for the purpose of delay; no party will be prejudiced by the granting of this motion.

WHEREFORE, the Moving Defendants respectfully request the Court grant this Unopposed Extension to Time and extend their rebuttal deadline to December 14, 2023.

| | |
|---|---|
| Dated: November 27, 2023 | Respectfully submitted, |
| LADDEY, CLARK & RYAN, LLP | BRADLEY ARANT BOULT CUMMINGS LLP |
| | Jason E. Fortenberry (*pro hac vice*) |
| BY: */s/ Thomas J. White* | Jonathan M. Barnes (*pro hac vice*) |
| Thomas N. Ryan (018951985) | 188 East Capitol Street, Suite 1000 |
| Thomas J. White (320372020) | Post Office Box 1789 |
| 60 Blue Heron Road, Suite 300 | Jackson, Mississippi 39215-1789 |
| Sparta, New Jersey 07871-2600 | Telephone: (601) 948-8000 |
| Telephone: (973) 729-1880; | Facsimile: (601) 948-3000 |
| Facsimile: (973) 729-1224 | jfortenberry@bradley.com |
| tryan@lcrlaw.com | jbarnes@bradley.com |
| twhite@lcrlaw.com | |
| | Jeffrey D. Dyess (*pro hac vice*) |
| *Attorneys for Defendants Salvacion,* | Benn C. Wilson (*pro hac vice*) |
| *USA, Inc.; Salvacion Co., LTD.; Yeong* | 1819 5th Avenue North |
| *Wan Cho (aka Peter Cho); Salvacion* | Birmingham, Alabama |
| *R&D Center; Salvacion International,* | Telephone: (205) 521-8000 |
| *LLC; Sei Young Yun; Biosure Global, Ltd*. | Facsimile: (205) 521-8800 |
| | jdyess@bradley.com |
| | bcwilson@bradley.com |
| | *Attorneys for Defendants Salvacion, USA, Inc.; Salvacion Co., LTD.; Yeong Wan Cho (aka Peter Cho); Salvacion R&D Center; Salvacion International, LLC; Sei Young Yun; Biosure Global, Ltd*. |

## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney, certifies that, on this day, the foregoing document was filed with the Clerk of the Court through the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: November 27, 2023        Respectfully submitted,

                  LADDEY, CLARK & RYAN, LLP

                  BY: */s/ Thomas J. White*
                  Thomas N. Ryan (018951985)
                  Thomas J. White (320372020)
                  60 Blue Heron Road, Suite 300
                  Sparta, New Jersey 07871-2600
                  Telephone: (973) 729-1880;
                  Facsimile: (973) 729-1224
                  tryan@lcrlaw.com
                  twhite@lcrlaw.com

                  *Attorneys for Defendants Salvacion, USA, Inc.; Salvacion Co., LTD.; Yeong Wan Cho (aka Peter Cho); Salvacion R&D Center; Salvacion International, LLC; Sei Young Yun; Biosure Global, Ltd*.