# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUTEK CORP.,<br><br>    Plaintiff,<br>v.<br><br>YEONG WAN CHO (a.k.a. PETER CHO, ET AL.,<br><br>    Defendants. | Civil Action No.: 2:23– cv-3709<br><br>**Document Electronically Filed**<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Defendants Salvacion, USA, Inc., Salvacion Co., LTD., Yeong Wan Cho (aka Peter Cho) and BioSure Global, Ltd. (the "Moving Defendants"), having moved without opposition for an extension of time of ten (10) additional days to serve and file a rebuttal in support of their Consolidated Motion to Dismiss (**ECF No. 51**), and the Court having considered the same, hereby orders:

IT IS HEREBY ORDERED that the unopposed motion (**ECF No. 51**) is GRANTED. The Moving Defendants shall have to and including December 14, 2023 to serve and file a rebuttal in support of their Consolidated Motion to Dismiss.

Dated: November 28, 2023

HON. JOSE R. ALMONTE<br>
UNITED STATES MAGISTRATE JUDGE