## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUTEK CORP., <br><br> Plaintiff, <br><br> v. <br><br> CHO, et al., <br><br> Defendant. | Civil Action No. <br><br> 23-cv-03709 (ES) (JRA) <br><br> **ORDER** |

**THIS MATTER** having come before the Court by way of Plaintiff Trutek Corp.'s ("Plaintiff") Motion to Substitute and Suggestion of Death Upon the Record Under Federal Rule of Civil Procedure Rule 25(a)(1) ("Motion") (ECF Nos. 13, 19); and Defendant Peter Cho ("Defendant") having opposed Plaintiff's Motion arguing, among other things, that "substitution under Federal Rule of Civil Procedure 25 is not possible because Dr. Abdul Gaffar died before Trutek filed the [above-captioned] lawsuit" ECF No. 16 at 1; and the Court having considered the parties' arguments; and the Court having held a hearing with the parties on the record on December 1, 2023; and for the reasons stated on the record;

**IT IS** on this **1st** day of **December 2023**,

**ORDERED** that Plaintiff's Motion (**ECF No. 13**) is **DENIED**.

*[signature]*
Hon. Jose R. Almonte
United States Magistrate Judge