## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUTEK CORP.,<br><br>    Plaintiff,<br>v.<br><br>YEONG WAN CHO (a.k.a. PETER CHO, ET AL.,<br><br>    Defendants. | Civil Action No.: 2:23– cv-3709<br><br>**Document Electronically Filed**<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO INCREASE REPLY PAGE LIMIT** |

Defendants Salvacion, USA, Inc., Salvacion Co., LTD., Yeong Wan Cho (aka Peter Cho) and BioSure Global, Ltd. (the "Moving Defendants"), having moved without opposition for an increase of three (3) additional pages to the fifteen (15) page limit for reply briefs, and the Court having considered the same, hereby orders:

IT IS HEREBY ORDERED that the unopposed motion is GRANTED. The Moving Defendants shall be entitled to 18 pages in brief length in their reply in support of their Consolidated Motion to Dismiss.

Dated: _____          _____
                                                                  HON. JOSE R. ALMONTE
                                                                  UNITED STATES MAGISTRATE JUDGE