**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TRUTEK CORP., <br><br>               Plaintiff, <br> v. <br><br> YEONG WAN CHO (a.k.a. PETER CHO, ET AL., <br><br>               Defendants. | Civil Action No.: 2:23– cv-3709 <br><br> **Document Electronically Filed** |

**NOTICE OF DEFENDANTS PETER CHO, BIOSURE GLOBAL, LTD., SALVACION USA, INC., AND SALVACION INTERNATIONAL LLC'S** <u>**CONSOLIDATED MOTION TO DISMISS**</u>

LADDEY, CLARK & RYAN, LLP
Thomas N. Ryan (018951985)
Thomas J. White (320372020)
60 Blue Heron Road, Suite 300
Sparta, New Jersey 07871-2600
Telephone: (973) 729-1880;
Facsimile: (973) 729-1224
tryan@lcrlaw.com
twhite@lcrlaw.com

*Attorneys for Defendants Salvacion, USA, Inc.; Salvacion Co., LTD.; Yeong Wan Cho (aka Peter Cho); Salvacion R&D Center; Salvacion International, LLC; Sei Young Yun; Biosure Global, Ltd.*

BRADLEY ARANT BOULT CUMMINGS LLP
Jason E. Fortenberry (*pro hac vice*)
Jonathan M. Barnes (*pro hac vice*)
188 East Capitol Street, Suite 1000
Post Office Box 1789
Jackson, Mississippi 39215-1789
Telephone: (601) 948-8000
Facsimile: (601) 948-3000
jfortenberry@bradley.com
jbarnes@bradley.com

Jeffrey D. Dyess (*pro hac vice*)
Benn C. Wilson (*pro hac vice*)
1819 5th Avenue North
Birmingham, Alabama
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
jdyess@bradley.com
bcwilson@bradley.com

*Attorneys for Defendants Salvacion, USA, Inc.; Salvacion Co., LTD.; Yeong Wan Cho (aka Peter Cho); Salvacion R&D Center; Salvacion International, LLC; Sei Young Yun; Biosure Global, Ltd.*

**PLEASE TAKE NOTICE** that as soon thereafter as counsel may be heard, Defendants Peter Cho, BioSure Global, Ltd. Salvacion, USA, Inc., and Salvacion International, LLC, (the "moving Defendants") by and through his counsel, shall move to dismiss certain claims in Plaintiff Trutek Corp.'s Complaint asserted against them. In support thereof, the moving Defendants rely upon **Ex. A** annexed hereto and incorporate by reference their memorandum in support submitted contemporaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that the moving Defendants request the matter be decided on the papers.

Pursuant to Local Civ. Rule 7.1(e), a copy of the proposed Order is annexed hereto.

The moving Defendants filed individual motions on October 2, 2023. Pursuant to the Court's October 5, 2023 Text Order, the moving Defendants hereby submit this consolidated motion. The moving Defendants respectfully request their consolidated memorandum supporting their consolidated motion be excused from the 30-page limit under Local Civ. Rule 7.2(d).

Dated: October 25, 2023

LADDEY, CLARK & RYAN, LLP

BY: */s/ Thomas J. White*
Thomas N. Ryan (018951985)
Thomas J. White (320372020)
60 Blue Heron Road, Suite 300
Sparta, New Jersey 07871-2600
Telephone: (973) 729-1880;
Facsimile: (973) 729-1224
tryan@lcrlaw.com
twhite@lcrlaw.com

*Attorneys for Defendants Salvacion, USA, Inc.; Salvacion Co., LTD.; Yeong Wan Cho (aka Peter Cho); Salvacion R&D Center; Salvacion International,*

Respectfully submitted,

BRADLEY ARANT BOULT CUMMINGS LLP
Jason E. Fortenberry (*pro hac vice*)
Jonathan M. Barnes (*pro hac vice*)
188 East Capitol Street, Suite 1000
Post Office Box 1789
Jackson, Mississippi 39215-1789
Telephone: (601) 948-8000
Facsimile: (601) 948-3000
jfortenberry@bradley.com
jbarnes@bradley.com

Jeffrey D. Dyess (*pro hac vice*)
Benn C. Wilson (*pro hac vice*)
1819 5th Avenue North
Birmingham, Alabama
Telephone: (205) 521-8000

1

| | |
|---|---|
| *LLC; Sei Young Yun; Biosure Global, Ltd.* | Facsimile: (205) 521-8800<br>jdyess@bradley.com<br>bcwilson@bradley.com<br><br>*Attorneys for Defendants Salvacion, USA, Inc.; Salvacion Co., LTD.; Yeong Wan Cho (aka Peter Cho); Salvacion R&D Center; Salvacion International, LLC; Sei Young Yun; Biosure Global, Ltd.* |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that, on this day, the foregoing document was served via email to all counsel of record pursuant to the Court's October 4, 2023 Text Order.

| | |
|---|---|
| Dated: October 25, 2023 | Respectfully submitted,<br><br>LADDEY, CLARK & RYAN, LLP<br><br>BY: */s/ Thomas J. White*<br>Thomas N. Ryan (018951985)<br>Thomas J. White (320372020)<br>60 Blue Heron Road, Suite 300<br>Sparta, New Jersey 07871-2600<br>Telephone: (973) 729-1880;<br>Facsimile: (973) 729-1224<br>tryan@lcrlaw.com<br>twhite@lcrlaw.com<br><br>*Attorneys for Defendants Salvacion, USA, Inc.; Salvacion Co., LTD.; Yeong Wan Cho (aka Peter Cho); Salvacion R&D Center; Salvacion International, LLC; Sei Young Yun; Biosure Global, Ltd.* |