UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUTEK CORP.,<br><br>    Plaintiff,<br> v.<br><br>YEONG WAN CHO (a.k.a. PETER CHO, ET AL.,<br><br>    Defendants. | Civil Action No.: 2:23– cv-3709<br><br>**Document Electronically Filed** |

## ORDER

**THIS MATTER** having been opened to the Court on the motion of Defendants Peter Cho, BioSure Global, Ltd. Salvacion, USA, Inc., and Salvacion International, LLC, (the "moving Defendants"), by Thomas J. White of Laddey, Clark & Ryan, LLP, and upon notice to all counsel, and the Court having considered this matter, the papers, and any opposition and reply filed hereto:

**IT IS HEREBY ORDERED** that for all the reasons stated in the moving Defendants' brief, all Plaintiff Trutek Corp.'s ("Trutek") claims asserted against the moving Defendants are dismissed with prejudice except the express breach of contract claim for compensatory damages asserted against Defendant Cho and the patent infringement claim related to direct infringement of claim 2 in Trutek's '802 patent asserted against Salvacion, USA, Inc. and Salvacion International, LLC.  Also, all Trutek claims asserted against Defendant BioSure Global, Ltd. are dismissed under Federal Rule of Civil Procedure 12(b)(2). Even if the Court could exercise personal jurisdiction over Defendant BioSure Global, Ltd., Trutek Complaint failed to state a claim against Defendant BioSure Global, Ltd.

 **SO ORDERED on this _____ day of _____, 2023.**

                  _____
                  **District Court Judge**