# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUTEK CORP.,<br><br>        Plaintiff,<br>  v.<br><br>YEONG WAN CHO (a.k.a. PETER CHO, ET AL.,<br><br>        Defendants. | Civil Action No.: 2:23– cv-3709<br><br>**Document Electronically Filed** |

## NOTICE OF DEFENDANTS PETER CHO, BIOSURE GLOBAL, LTD., SALVACION USA, INC., AND SALVACION INTERNATIONAL LLC'S <u>MOTION TO STRIKE</u>

LADDEY, CLARK & RYAN, LLP
Thomas N. Ryan (018951985)
Thomas J. White (320372020)
60 Blue Heron Road, Suite 300
Sparta, New Jersey 07871-2600
Telephone: (973) 729-1880
Facsimile: (973) 729-1224
tryan@lcrlaw.com
twhite@lcrlaw.com

*Attorneys for Defendants Salvacion, USA, Inc.; Salvacion Co., LTD.; Yeong Wan Cho (aka Peter Cho); Salvacion R&D Center; Salvacion International, LLC; Sei Young Yun; Biosure Global, Ltd.*

BRADLEY ARANT BOULT CUMMINGS LLP
Jason E. Fortenberry (*pro hac vice*)
Jonathan M. Barnes (*pro hac vice*)
188 East Capitol Street, Suite 1000
Post Office Box 1789
Jackson, Mississippi 39215-1789
Telephone: (601) 948-8000
Facsimile: (601) 948-3000
jfortenberry@bradley.com
jbarnes@bradley.com

Jeffrey D. Dyess (*pro hac vice*)
Benn C. Wilson (*pro hac vice*)
1819 5th Avenue North
Birmingham, Alabama
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
jdyess@bradley.com
bcwilson@bradley.com
*Attorneys for Defendants Salvacion, USA, Inc.; Salvacion Co., LTD.; Yeong Wan Cho (aka Peter Cho); Salvacion R&D Center; Salvacion International, LLC; Sei Young Yun; Biosure Global, Ltd.*

**PLEASE TAKE NOTICE** that as soon thereafter as counsel may be heard, Defendants Peter Cho, BioSure Global, Ltd. Salvacion, USA, Inc., and Salvacion International, LLC, (the "moving Defendants") by and through his counsel, shall move to strike Plaintiff Trutek Corp.'s affidavit (Exhibit 4 to its Memorandum in Opposition to the Consolidated Motion to Dismiss). In support thereof, the moving Defendants rely upon their memorandum in support submitted contemporaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that the moving Defendants request the matter be decided on the papers.

Pursuant to Local Civ. Rule 7.1(e), a copy of the proposed Order is annexed hereto.

| | |
|---|---|
| Dated: December 14, 2023 | Respectfully submitted, |
| | |
| LADDEY, CLARK & RYAN, LLP | BRADLEY ARANT BOULT CUMMINGS LLP |
| | Jason E. Fortenberry (*pro hac vice*) |
| BY: */s/ Thomas J. White* | Jonathan M. Barnes (*pro hac vice*) |
| Thomas N. Ryan (018951985) | 188 East Capitol Street, Suite 1000 |
| Thomas J. White (320372020) | Post Office Box 1789 |
| 60 Blue Heron Road, Suite 300 | Jackson, Mississippi 39215-1789 |
| Sparta, New Jersey 07871-2600 | Telephone: (601) 948-8000 |
| Telephone: (973) 729-1880; | Facsimile: (601) 948-3000 |
| Facsimile: (973) 729-1224 | jfortenberry@bradley.com |
| tryan@lcrlaw.com | jbarnes@bradley.com |
| twhite@lcrlaw.com | |
| | Jeffrey D. Dyess (*pro hac vice*) |
| *Attorneys for Defendants Salvacion,* | Benn C. Wilson (*pro hac vice*) |
| *USA, Inc.; Salvacion Co., LTD.; Yeong* | 1819 5th Avenue North |
| *Wan Cho (aka Peter Cho); Salvacion* | Birmingham, Alabama |
| *R&D Center; Salvacion International,* | Telephone: (205) 521-8000 |
| *LLC; Sei Young Yun; Biosure Global, Ltd.* | Facsimile: (205) 521-8800 |
| | jdyess@bradley.com |
| | bcwilson@bradley.com |
| | |
| | *Attorneys for Defendants Salvacion,* |
| | *USA, Inc.; Salvacion Co., LTD.; Yeong* |
| | *Wan Cho (aka Peter Cho); Salvacion* |
| | *R&D Center; Salvacion International,* |
| | *LLC; Sei Young Yun; Biosure Global, Ltd.* |

1

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, certifies that, on this day, the foregoing document was filed with the Clerk of the Court through the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: December 14, 2023

Respectfully submitted,

LADDEY, CLARK & RYAN, LLP

BY: */s/ Thomas J. White*
Thomas N. Ryan (018951985)
Thomas J. White (320372020)
60 Blue Heron Road, Suite 300
Sparta, New Jersey 07871-2600
Telephone: (973) 729-1880;
Facsimile: (973) 729-1224
tryan@lcrlaw.com
twhite@lcrlaw.com

*Attorneys for Defendants Salvacion, USA, Inc.; Salvacion Co., LTD.; Yeong Wan Cho (aka Peter Cho); Salvacion R&D Center; Salvacion International, LLC; Sei Young Yun; Biosure Global, Ltd*.

2