## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUTEK CORP.,<br><br>              Plaintiff,<br>v.<br><br>YEONG WAN CHO (a.k.a. PETER CHO, ET AL.,<br><br>              Defendants. | Civil Action No.: 2:23– cv-3709<br><br>**Document Electronically Filed** |

### ORDER

**THIS MATTER** having been opened to the Court by Thomas J. White of Laddey, Clark & Ryan, LLP, attorneys for Defendants Peter Cho, BioSure Global, Ltd. Salvacion, USA, Inc., and Salvacion International, LLC, (the "moving Defendants"), for an Order granting the moving Defendants' Motion to Strike, and upon notice to all counsel, and the Court having considered this matter, the papers, and any opposition and reply filed hereto:

**IT IS HEREBY ORDERED** that for all the reasons stated in the moving Defendants' brief, the moving Defendants' Motion to Strike is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff Trutek Corp.'s affidavit (Exhibit 4 to its Memorandum in Opposition to the Consolidated Motion to Dismiss) is STRICKEN.

      **SO ORDERED** on this _____ day of _____, 2023.

                                                                               **District Court Judge**