### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUTEK CORP., <br><br> Plaintiff, <br><br> v. <br><br> CHO, et al., <br><br> Defendants. | Civil Action No. <br><br> 23-cv-03709 (JKS) (JRA) <br><br> **FIRST AMENDED SCHEDULING ORDER** |

    **THIS MATTER** having come before the Court by way of the parties' joint letter dated **January 23, 2024**, seeking an extension to the time to complete discovery **(ECF No. 62)**, and for good cause shown,

    **IT IS on this 24th day of January 2024, ORDERED** that the Pretrial Scheduling Order entered December 1, 2023 (ECF No. 55) is hereby amended as follows:

    1.    Defendant shall serve its Non-Infringement Contentions pursuant to L. Pat. R. 3.2A on or before **February 12, 2024**.

    2.    Defendant shall serve its Invalidity Contentions pursuant to L. Pat. R. 3.3 on or before **February 12, 2024**.

    3.    Plaintiff shall serve its Responses to Invalidity Contentions pursuant to L. Pat R. 3.4A on or before **February 26, 2024**.

    4.    The parties shall exchange proposed claim terms for construction pursuant to L. Pat. R. 4.1(a) on or before **March 11, 2024**.

    5.    The parties shall exchange preliminary proposed constructions and identification of extrinsic evidence pursuant to L. Pat. R. 4.2(a)–(b) on or before **March 25, 2024**.

    6.    The parties shall exchange identifications of all intrinsic and extrinsic evidence they intend to rely upon in opposing any proposed claim construction, pursuant to L. Pat. R. 4.2(c), on or before **April 15, 2024**. The parties shall thereafter meet and confer to narrow the issues in dispute.

7.      The parties shall file a Joint Claim Construction and Prehearing Statement pursuant to L. Pat. R. 4.3 on or before **April 24, 2024**.

8.      The parties shall complete fact discovery relating to claim construction pursuant to L. Pat. R. 4.4 on or before **May 24, 2024**.

9.      The parties shall file and serve their opening *Markman* submissions pursuant to L. Pat. R. 4.5(a) on or before **June 17, 2024**.

10.     The parties shall complete expert discovery pertaining to *Markman* issues pursuant to L. Pat. R. 4.5(b) on or before **July 17, 2024**.

11.     The parties shall file and serve their responding *Markman* submissions pursuant to L. Pat. R. 4.5(c) on or before **August 19, 2024**.

12.     The parties shall submit to the Court a proposed schedule for a *Markman* hearing pursuant to L. Pat. R. 4.6 on or before **August 30, 2024**.

13.     Except as modified here, all other terms in the Pretrial Scheduling Order (ECF No. 55) remain in effect.

**JOSÉ R. ALMONTE**
**UNITED STATES MAGISTRATE JUDGE**