Solomon M. Radner, Esq. (NJ SBN 283502018)
Keith Altman, Esq. (*pro hac vice*)
Stanley H. Kremen (*pro hac vice*)
**THE LAW OFFICE OF KEITH ALTMAN**
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
solomonradner@kaltmanlaw.com
stanleykremen@kaltmanlaw.com
shk@shk-dplc.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUTEK CORP., *Plaintiff,* v. Yeong Wan Cho (a.k.a. Peter Cho); Abdul Gaffar; Sei Young Yun; Salvacion USA, Inc.; Salvacion International, LLC; Salvacion Co., Ltd.; Salvacion R&D Center; Biosure Global, Ltd.; Immobiliaria La Salvacion, R.D.; John and Jane Does 1 through 10 (gender neutral fictitious names); ABC Corporation 1 through 10 (fictitious names), *Defendants.* | Civil Action No**.:** 2:23-cv-3709 **PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS** Document Electronically Filed |

Plaintiff, TRUTEK CORP., by and through its attorneys, hereby respectfully moves the Court for a further extension of the current deadline for service of process

of the Summons and Complaint applicable under Rule 4 of the Federal Rules of Civil Procedure. In support thereof, Plaintiff states the following:

1. Plaintiff filed their Complaint on July 11, 2023. (ECF 1).

2. At this time, Plaintiff has not yet served all Defendants with the Complaint and Summons as required.

3. Lead counsel for Plaintiff seeks additional time to serve process on certain Defendants.

4. Defendants are located in Korea and require translation of all documents relevant to proper service.

5. The original deadline to serve Defendants with the Complaint and Summons wass October 9, 2023.

6. Plaintiff was granted an extension of 120 days (to and including February 6, 2023) in order to fully translate documents and exhibits in preparation of international service of process and to serve the international Defendants. (ECF 45).

7. Plaintiff has made extensive good faith efforts to communicate with other counsel in order to timely and cost effectively serve the many Defendants in this case.

8.  Due to the international process required, Plaintiff's are limited in their ability to perfect service. All documentation is with the Korean officials to serve the Defendant. However, service has not yet been made.

9.  On February 4, 2024, Defendants counsel offered to coordinate service on the Korean Defendants.

10. Plaintiff respectfully requests a further 60-day extension to perfect service to and including April 6, 2024.

11. Counsel for Plaintiff has sought concurrence of this Motion from counsel for the Defendants who have Appearances on file.

12. Defendants counsel have expressed they would agree to a seven day extension. However, Plaintiff feel that timeframe inadequate to accomplish service due to the international service required and coordination of such.

13. This request is not filed for the purpose of delay; no party will be prejudiced by the granting of this motion.

Plaintiff respectfully requests that the Court approve the foregoing Motion for Extension of Time to Serve Defendants.

Date: February 6, 2024					Respectfully Submitted,

/s/ *Solomon Radner*
Solomon Radner (NJ SBN 283502018)
Keith Altman, Esq. (*pro hac vice*)
Stanley H. Kremen (*pro hac vice*)
THE LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
solomonradner@kaltmanlaw.com
stanleykremen@kaltmanlaw.com
shk@shk-dplc.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2024, I served the foregoing document upon all parties by filing this document on this court's CM/ECF electronic filing system which will send a true copy to all counsel of record.

		/s/ *Solomon M. Radner*
		*Attorney for Plaintiffs*

4