UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUTEK CORP., <br><br> Plaintiff, <br> v. <br><br> YEONG WAN CHO (a.k.a. PETER CHO, ET AL., <br><br> Defendants. | Civil Action No.: 2:23– cv-3709 <br><br> **Document Electronically Filed** |

TO: THE CLERK OF THE ABOVE NAMED COURT

**PLEASE TAKE NOTICE** that the local counsel of record for the Defendants, Non-party Estate of Abdul Gaffar and Defendants Salvacion, USA, Inc.; Salvacion Co., LTD.; Yeong Wan Cho (aka Peter Cho); Salvacion R&D Center; Salvacion International, LLC; Sei Young Yun; Biosure Global, Ltd., shall hereby be transferred from Thomas J. White, Esq. to Travis W. Nunziato, Esq., bar ID 155202015, of Laddey Clark & Ryan, LLP. Request is respectfully made to update the eCourts email notifications list, removing Thomas J. White's email and adding Timothy J. Profeta's email: tprofeta@lcrlaw.com.

DATED: FEBRUARY 7, 2024

LADDEY, CLARK & RYAN, LLP

BY: */s/ Thomas J. White*
(WITHDRAWING ATTORNEY)

Thomas N. Ryan (018951985)
Thomas J. White (320372020)
60 Blue Heron Road, Suite 300
Sparta, New Jersey 07871-2600
Telephone: (973) 729-1880;
Facsimile: (973) 729-1224
tryan@lcrlaw.com
twhite@lcrlaw.com

1

*Attorneys for Non-party Estate of Abdul Gaffar and Defendants Salvacion, USA, Inc.; Salvacion Co., LTD.; Yeong Wan Cho (aka Peter Cho); Salvacion R&D Center; Salvacion International, LLC; Sei Young Yun; Biosure Global, Ltd.*

DATED: FEBRUARY 7, 2024

LADDEY, CLARK & RYAN, LLP

BY: */s/ Travis W. Nunziato*
(SUPERSEDING ATTORNEY)

Thomas N. Ryan (018951985)
Travis W. Nunziato (155202015)