**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TRUTEK CORP., | |
| *Plaintiff,* | Civil Action No**..:** 2:23-cv-3709 |
| v. | |
| Yeong Wan Cho (a.k.a. Peter Cho); Abdul Gaffar; Sei Young Yun; Salvacion USA, Inc.; Salvacion International, LLC; Salvacion Co., Ltd.; Salvacion R&D Center; Biosure Global, Ltd.; Immobiliaria La Salvacion, R.D.; John and Jane Does 1 through 10 (gender neutral fictitious names); ABC Corporation 1 through 10 (fictitious names), | **ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS** |
| *Defendants.* | Document Electronically Filed |

Plaintiff, TRUTEK CORP., having moved for an extension of time of sixty (60) additional days to effect service on the remaining international Defendants who are located in Korea, and the court being fully advised of the premises,

IT IS HEREBY ORDERED that the motion is GRANTED. Plaintiff shall have to and including April 6, 2024, to serve the remaining Korean Defendants the Summons and Complaint.

Dated: <u>February 9, 2024</u>

HON. JOSÉ R. ALMONTE
UNITED STATES MAGISTRATE JUDGE