UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUTEK CORP.,<br>*Plaintiff*,<br>v.<br><br>YEONG WAN CHO (*a.k.a.* PETER CHO); ABDUL GAFFAR; SEI YOUNG YUN; SALVACION USA, INC.; SALVACION INTERNATIONAL, LLC; SALVACION CO., LTD.; SALVACION R&D CENTER; BIOSURE GLOBAL, LTD.; INMOBILIARIA LA SALVACION, R.D.; ROBIN ROE 1 through 10 (gender neutral fictitious names); ABC CORPORATION 1 through 10 (fictitious names),<br>*Defendants*. | CASE NO. 2:23-cv-03709-ES-JRA<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO STAY CASE** |

**THIS MATTER** having been brought before the Court on Plaintiff's Motion to Stay Case, on this ____ day of _____, 2024, it is hereby ORDERED:

1. The Motion to Stay is **GRANTED;**

2. All deadlines in the actions currently pending are STAYED pending a final judgment in relation to the Inter Partes Review ("IPR") proceeding with the United States Patent and Trademark Office;

3. The Parties shall file a status update with the Court every 6 months informing the Court of the status of the IPR;

4. The Parties shall notify the Court within 14 days of a final judgement made in relation to the IPR.

_____
**MAGISTRATE JUDGE
JOSE R. ALTMONTE**

2