**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TRUTEK CORP., <br><br>                Plaintiff, <br> v. <br><br> YEONG WAN CHO (a.k.a. PETER CHO, ET AL., <br><br>                Defendants. | Civil Action No.: 2:23– cv-3709 <br><br> **Document Electronically Filed** |

**JOINT LETTER REQUESTING ENTRY OF**
**PROPOSED AMENDED PRETRIAL SCHEDULING ORDER**

Plaintiff Trutek Corp. and all defendants that have been made parties to this action, Defendants Salvacion, USA, Inc., Salvacion Co., LTD., Yeong Wan Cho (aka Peter Cho), Salvacion International, LLC, and Biosure Global, Ltd. hereby present this Joint Letter requesting entry of the attached proposed amended pretrial scheduling order as follows:

    1.    This matter came before the Court for a scheduling conference pursuant to Rule 16 of the Federal Rules of Civil Procedure on December 1, 2023.

    2.    That same day, the Court entered the Pretrial Scheduling Order. Doc. 55.

    3.    Paragraph 23 of the Pretrial Scheduling Order provides that "there will be no extensions except for good cause shown and by leave of Court, even with consent of all counsel." Doc. 55.

    4.    The parties consent and for good cause shown request a 30 day extension of all deadlines in Paragraphs 6 through 17 of the Pretrial Scheduling Order.

    5.    The parties stipulate that good cause is shown for all parties. The parties' counsel prefer not to detail the underlying details of good cause in the public record, some of which include

medical needs. That said, the parties will make themselves available for a telephonic conference with the Court upon request.

6. Entry of the Proposed Amended Pretrial Scheduling Order will not prejudice any party or the original discovery deadline.

7. Defendants' Counsel has authorized undersigned to submit this letter jointly.

Respectfully submitted, this the 27th day of February, 2024.

THE LAW OFFICE OF KEITH ALTMAN

By: */s/ Solomon Radner*
Solomon Radner (NJ SBN 283502018)
Keith Altman (counsel *pro hac vice*)
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
Telephone: (248) 987-8929
Facsimile: (248) 213-9907
solomonradner@kaltmanlaw.com
keithaltman@kaltmanlaw.com

*Attorneys for Plaintiff Trutek Corp.*

Stanley H. Kremen (counsel *pro hac vice*)
Law Office of Stanley H. Kremen, Esq.
4 Lenape Lane
East Brunswick, NJ 08816
Telephone: (732) 593-7294
Facsimile: (732) 312-5218
shk@shk-dplc.com

*Attorney for Plaintiff Trutek Corp*

| BRADLEY ARANT BOULT CUMMINGS LLP | LADDEY, CLARK & RYAN, LLP |
|---|---|
| Jason E. Fortenberry (*pro hac vice*) | Thomas N. Ryan (018951985) |
| Jonathan M. Barnes (*pro hac vice*) | Travis Nunziato (155202015) |
| 188 East Capitol Street, Suite 1000 | 60 Blue Heron Road, Suite 300 |
| Post Office Box 1789 | Sparta, New Jersey 07871-2600 |
| Jackson, Mississippi 39215-1789 | Telephone: (973) 729-1880; |
| Telephone: (601) 948-8000 | Facsimile: (973) 729-1224 |
| Facsimile: (601) 948-3000 | tryan@lcrlaw.com |
| jfortenberry@bradley.com | tnunziato@lcrlaw.com |
| jbarnes@bradley.com | |

Jeffrey D. Dyess (*pro hac vice*)
Benn C. Wilson (*pro hac vice*)
1819 5th Avenue North
Birmingham, Alabama
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
jdyess@bradley.com
bcwilson@bradley.com

*Attorneys for Defendants Salvacion,
USA, Inc.; Salvacion Co., LTD.; Yeong
Wan Cho (aka Peter Cho); Salvacion
R&D Center; Salvacion International,
LLC; Sei Young Yun; Biosure Global, Ltd.*

*Attorneys for Defendants Salvacion,
USA, Inc.; Salvacion Co., LTD.; Yeong
Wan Cho (aka Peter Cho); Salvacion
R&D Center; Salvacion International,
LLC; Sei Young Yun; Biosure Global, Ltd.*