## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUTEK CORP., <br><br> Plaintiff, <br> v. <br><br> YEONG WAN CHO (a.k.a. PETER CHO, ET AL., <br><br> Defendants. | Civil Action No. <br><br> 2:23– cv-3709 (JKS) (JRA) <br><br> **Document Electronically Filed** |

### DEFENDANTS' LETTER INVOKING L.CIV.R. 7.1(d)(5) AND ADJOURNING TRUTEK CORP.'S MOTION (DOC. 70) TO THE APRIL 1, 2024 MOTION DAY

Defendants Salvacion, USA, Inc., Yeong Wan Cho (aka Peter Cho), Salvacion International, LLC, and BioSure Global, Ltd. (Defendants) present this Letter to invoke L.Civ.R. 7.1(d)(5) and to adjourn Plaintiff Trutek Corp. (Trutek) Motion to Stay Case (Doc. 70), which is now set "to be decided by the District Judge" and "no longer referred to the Magistrate Judge." Feb. 26, 2024 Text-Only Order.

1.      On February 12, 2024, Trutek filed a Motion to Stay Case (Motion). Doc. 70.

2.      Because Trutek failed to obtain leave from the Court before filing the Motion, Defendants filed a letter on February 13, 2024 seeking clarification on how to proceed. Doc. 71.

3.      The Court set a status conference before Magistrate Judge Jose R. Almonte for February 21, 2024. *See* Feb. 14, 2024 Text-Only Order.

4.      During the status conference, Trutek advised it was seeking more than a discovery stay; it was seeking an administrative stay of the case.

5.      Accordingly, the Motion is now set to be decided by the District Judge. *See* Feb. 26, 2024 Text-Only Order.

6.      The Motion was originally noticed for the March 18, 2024 Motion Day.

7.      The originally noticed motion day has not previously been extended or adjourned.

8.      Defendants hereby invoke L.Civ.R. 7.1(d)(5) to adjourn the Motion.

9.      **Trutek's Motion to Stay is hereby re-noticed for the April 1, 2024 Motion Day.**

Respectfully submitted,

LADDEY, CLARK & RYAN, LLP

BY: */s/ Travis Nunziato*

Thomas N. Ryan (018951985)
Travis W. Nunziato (155202015)
60 Blue Heron Road, Suite 300
Sparta, New Jersey 07871-2600
Telephone: (973) 729-1880;
Facsimile: (973) 729-1224
tryan@lcrlaw.com
tnunziato@lcrlaw.com

*Attorneys for Defendants Salvacion,
USA, Inc.; Salvacion Co., LTD.; Yeong
Wan Cho (aka Peter Cho); Salvacion
R&D Center; Salvacion International,
LLC; Sei Young Yun; Biosure Global, Ltd.*

BRADLEY ARANT BOULT CUMMINGS LLP
Jason E. Fortenberry (*pro hac vice*)
Jonathan M. Barnes (*pro hac vice*)
188 East Capitol Street, Suite 1000
Post Office Box 1789
Jackson, Mississippi 39215-1789
Telephone: (601) 948-8000
Facsimile: (601) 948-3000
jfortenberry@bradley.com
jbarnes@bradley.com

Jeffrey D. Dyess (*pro hac vice*)
Benn C. Wilson (*pro hac vice*)
1819 5th Avenue North
Birmingham, Alabama
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
jdyess@bradley.com
bcwilson@bradley.com

*Attorneys for Defendants Salvacion,
USA, Inc.; Salvacion Co., LTD.; Yeong
Wan Cho (aka Peter Cho); Salvacion
R&D Center; Salvacion International,
LLC; Sei Young Yun; Biosure Global, Ltd.*