# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUTEK CORP.,<br><br>        Plaintiff,<br>v.<br><br>YEONG WAN CHO (a.k.a. PETER CHO, ET AL.,<br><br>        Defendants. | Civil Action No.: 2:23– cv-3709<br><br>**Document Electronically Filed** |

## JOINT LETTER SUMMARIZING STATUS OF THE CASE

Plaintiff Trutek Corp. (Trutek) and all defendants that have been made parties to this action, Defendants Salvacion, USA, Inc., Yeong Wan Cho (aka Peter Cho), Salvacion International, LLC, and BioSure Global, Ltd. hereby present this Joint Letter summarizing the status of the case pursuant to the Court's March 12, 2024 Text Order:

1. Trutek filed its Complaint on July 11, 2023.

2. On October 25, 2023, Defendants Salvacion, USA, Inc., Yeong Wan Cho (aka Peter Cho), Salvacion International, LLC, and BioSure Global, Ltd. served their Consolidated Motions to Dismiss, which are fully briefed and are currently pending before the Court.

3. The parties have stipulated and agreed that discovery as to BioSure Global, Ltd. should be stayed until the Court determines whether it may exercise jurisdiction over BioSure Global, Ltd.

4. On February 12, 2024, Trutek filed a Motion to Stay Case "until a final judgment has been issued on Defendants Inter Partes Review (IPR) proceedings with the United States Patent and Trademark Office." Doc. 70 at 5.

5. No Defendant has yet filed an IPR proceeding.

6. Defendants anticipate that an IPR proceeding will be filed this month.

7. Defendants originally intended to oppose Trutek's Motion to Stay Case because there are nine other causes of action (every cause of action other than Count I) in Trutek's Complaint that the IPR proceeding will not affect.

8. However, subject to and for the consideration in the Agreement to Seek Stay and Covenant Not to Challenge (attached as Exhibit 1 to Defendants Response to Trutek's Motion to Stay Case), Defendants filed a response stipulating to Trutek's Motion to Stay Case.

9. Trutek's Motion to Stay Case is fully briefed and is pending before the Court.

10. Defendants' Counsel has authorized undersigned to submit this letter jointly.

Respectfully submitted, this the 23rd day of May, 2024.

| | |
|---|---|
| LADDEY, CLARK & RYAN, LLP<br><br>BY: /s/ Travis Nunziato<br><br>Thomas N. Ryan (018951985)<br>Travis Nunziato (155202015)<br>60 Blue Heron Road, Suite 300<br>Sparta, New Jersey 07871-2600<br>Telephone: (973) 729-1880;<br>Facsimile: (973) 729-1224<br>tryan@lcrlaw.com<br>twhite@lcrlaw.com<br><br>*Attorneys for Defendants Salvacion, USA, Inc.; Salvacion Co., LTD.; Yeong Wan Cho (aka Peter Cho); Salvacion R&D Center; Salvacion International, LLC; Sei Young Yun; Biosure Global, Ltd.* | BRADLEY ARANT BOULT CUMMINGS LLP<br>Jason E. Fortenberry (*pro hac vice*)<br>Jonathan M. Barnes (*pro hac vice*)<br>188 East Capitol Street, Suite 1000<br>Post Office Box 1789<br>Jackson, Mississippi 39215-1789<br>Telephone: (601) 948-8000<br>Facsimile: (601) 948-3000<br>jfortenberry@bradley.com<br>jbarnes@bradley.com<br><br>Jeffrey D. Dyess (*pro hac vice*)<br>Benn C. Wilson (*pro hac vice*)<br>1819 5th Avenue North<br>Birmingham, Alabama<br>Telephone: (205) 521-8000<br>Facsimile: (205) 521-8800<br>jdyess@bradley.com<br>bcwilson@bradley.com<br><br>*Attorneys for Defendants Salvacion, USA, Inc.; Salvacion Co., LTD.; Yeong Wan Cho (aka Peter Cho); Salvacion R&D Center; Salvacion International, LLC; Sei Young Yun; Biosure Global, Ltd.* |

*/s/ Solomon M. Radner*
LAW OFFICE OF KEITH ALTMAN
Solomon M. Radner (NJ SBN 283502018)
Keith Altman (counsel *pro hac vice*)
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
Telephone: (248) 987-8929
Facsimile: (248) 213-9907
solomonradner@kaltmanlaw.com
keithaltman@kaltmanlaw.com

*Attorneys for Plaintiff Trutek Corp.*

Stanley H. Kremen (counsel *pro hac vice*)
Law Office of Stanley H. Kremen, Esq.
4 Lenape Lane
East Brunswick, NJ 08816
Telephone: (732) 593-7294
Facsimile: (732) 312-5218
shk@shk-dplc.com

*Attorney for Plaintiff Trutek Corp.*

# CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2024, I served the foregoing document upon all parties by filing this document on this court's CM/ECF electronic filing system which will send a true copy to all counsel of record.

       */s/ Solomon M. Radner*
        *Attorney for Plaintiffs*