

33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
(248) 987-8929

May 31, 2024

<u>**Via Electronic Filing Only**</u>
Hon. Magistrate Judge Jose R. Almonte
United States District Court – New Jersey
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, NJ 07102

    Re:    *Trutek v. Cho, et al.*
               **Case No. 2:23-cv-03709-JKS-JRA**

Dear Judge Almonte:

      Following our hearing on May 29, 2024, you ordered Plaintiff to provide an update on the status of service on Defendant Abdul Gaffar and Immobiliaria La Salvacion, R.D. Because the Dominican Republic is not a part of the Hague Convention and our difficulty locating the Defendants, Plaintiff requests an additional thirty days to effect service upon these Defendants.

      Thank you for your consideration on these matters.

                                          Respectfully,

                                          */s/ Solomon M. Radner*
                                          Solomon M. Radner, Esq. (NJ SBN 283502018)
                                          Keith Altman (counsel *pro hac vice*)
                                          THE LAW OFFICE OF KEITH ALTMAN
                                          33228 West 12 Mile Road, Suite 375
                                          Farmington Hills, MI 48334
                                          Telephone: (248) 987-8929
                                          solomonradner@kaltmanlaw.com
                                          keithaltman@kaltmanlaw.com

cc:    All Counsel (via ECF)