IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUTEK CORP.,<br><br>    *Plaintiff,*<br>v.<br><br>PETER CHO; ABDUL GAFFAR; SALVACION USA, INC.; SALVACION CO. LTD.; SALVACION R&D CENTER; SALVACION INTERNATIONAL, LLC; BIOSURE GLOBAL; SALVATION R.D.,<br><br>    *Defendants*. | Civil Action No..**:** 2:23-cv-3709<br><br>**Document Electronically Filed**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT ABDUL GAFFAR** |

| | |
|---|---|
| LAW OFFICE OF KEITH ALTMAN<br>Solomon Radner<br>(NJ SBN 283502018)<br>Keith Altman (*pro hac vice*)<br>33228 West 12 Mile Road,<br>Suite 375<br>Farmington Hills, Michigan 48331<br>Telephone: (248) 987-8929<br>SolomonRadner@kaltmanlaw.com<br>KeithAltman@kaltmanlaw.com<br>*Attorneys for Plaintiff* | LAW OFFICE OF STANLEY KREMEN, ESQ.<br>Stanley H. Kremen, Esq. (*pro hac vice*)<br>4 Lenape Lane<br>East Brunswick, NJ<br>Telephone: (732)593-7294<br>Facsimile: (732) 312-5218<br>shk@shk-dplc.com<br>*Attorney for Plaintiff* |

_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

    NOW COMES Plaintiff, TRUTEK CORP., by and through its attorneys, and hereby voluntarily dismisses Defendant Abdul Gaffar from this lawsuit in its entirety without prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).

Date: June 11, 2024                    Respectfully Submitted,

/s/ *Solomon M. Radner*
Solomon Radner (NJ SBN 283502018)
Keith Altman (*pro hac vice*)
LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48331
Telephone: (248) 987-8929
SolomonRadner@kaltmanlaw.com
KeithAltman@kaltmanlaw.com

LAW OFFICE OF STANLEY KREMEN, ESQ.
Stanley H. Kremen, Esq. (*pro hac vice*)
4 Lenape Lane
East Brunswick, NJ
Telephone: (732)593-7294
Facsimile: (732) 312-5218
shk@shk-dplc.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on this 11th day of June 2024, the foregoing document was filed with the Clerk of the Court through the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Solomon M. Radner*
Solomon Radner (NJ SBN 283502018)