IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUTEK CORP., <br><br>　　*Plaintiff,*<br>v.<br><br>PETER CHO; ABDUL GAFFAR; SALVACION USA, INC.; SALVACION CO. LTD.; SALVACION R&D CENTER; SALVACION INTERNATIONAL, LLC; BIOSURE GLOBAL; SALVATION R.D.,<br><br>　　*Defendants.* | Civil Action No..**:** 2:23-cv-3709<br><br>**Document Electronically Filed**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT ABDUL GAFFAR** |

| | |
|---|---|
| LAW OFFICE OF KEITH ALTMAN<br>Solomon Radner<br>(NJ SBN 283502018)<br>Keith Altman (*pro hac vice*)<br>33228 West 12 Mile Road,<br>Suite 375<br>Farmington Hills, Michigan 48331<br>Telephone: (248) 987-8929<br>SolomonRadner@kaltmanlaw.com<br>KeithAltman@kaltmanlaw.com<br>*Attorneys for Plaintiff* | LAW OFFICE OF STANLEY KREMEN, ESQ.<br>Stanley H. Kremen, Esq. (*pro hac vice*)<br>4 Lenape Lane<br>East Brunswick, NJ<br>Telephone: (732)593-7294<br>Facsimile: (732) 312-5218<br>shk@shk-dplc.com<br>*Attorney for Plaintiff* |

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

　　NOW COMES Plaintiff, TRUTEK CORP., by and through its attorneys, and hereby voluntarily dismisses Defendant Abdul Gaffar from this lawsuit in its entirety without prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).

Date: June 11, 2024             Respectfully Submitted,

/s/ *Solomon M. Radner*
Solomon Radner (NJ SBN 283502018)
Keith Altman (*pro hac vice*)
LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48331
Telephone: (248) 987-8929
SolomonRadner@kaltmanlaw.com
KeithAltman@kaltmanlaw.com

LAW OFFICE OF STANLEY KREMEN, ESQ.
Stanley H. Kremen, Esq. (*pro hac vice*)
4 Lenape Lane
East Brunswick, NJ
Telephone: (732)593-7294
Facsimile: (732) 312-5218
shk@shk-dplc.com
*Attorneys for Plaintiff*


**SO ORDERED.**

Date: June 12, 2024

/s/ *Jamel Semper*
**Jamel K. Semper, U.S.D.J.**