NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUTEK CORP., <br><br> Plaintiff, <br><br> v. <br><br> YEONG WAN CHO, et al., <br><br> Defendants. | Civil Action No. 23-3709 <br><br> **ORDER** <br><br> July 10, 2024 |

**SEMPER**, District Judge.

This matter having come before the Court on Trutek Corp.'s ("Plaintiff") Motion to Stay Case (ECF 70), and the Court having considered the submissions of the parties, for the reasons stated in this Court's Opinion dated July 10, 2024,

**IT IS** on this 10th day of July 2024,

1. **ORDERED** that Plaintiff's Motion to Stay (ECF 70) is **GRANTED**.

2. **ORDERED** that Defendants' Motion to Dismiss (ECF 59) is administratively terminated without prejudice.

3. **ORDERED** that Defendants' Motion to Strike (ECF 60) is administratively terminated without prejudice.

*/s/ Jamel K. Semper*
**HON. JAMEL K. SEMPER**
**United States District Judge**

Orig: Clerk
cc: José R. Almonte, U.S.M.J.
    Parties