**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| TRUTEK CORP., | |
| *Plaintiff,* | Civil Action No..**:** 2:23-cv-3709 |
| v. | |
| PETER CHO; ABDUL GAFFAR; SALVACION USA, INC.; SALVACION CO. LTD.; SALVACION R&D CENTER; SALVACION INTERNATIONAL, LLC; BIOSURE GLOBAL; SALVATION R.D., | |
| *Defendants.* | |

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES, Keith Altman and Solomon Radner, counsel for Plaintiff Trutek Corporation, and hereby respectfully moves this Court to permit the withdrawal of Keith Altman and Solomon Radner as counsel of record in the above-captioned matter.

In support of this Motion, counsel states as follows:

1. Solomon Radner previously appeared as local counsel of record for Plaintiff in this matter.

2. Keith Altman previously appeared as counsel admitted pro hac vice for Plaintiff in this matter.

3. Mr. Radner is no longer associated with The Law Office of Keith Altman, the law firm representing Plaintiff.

4. Stanley Kremen, admitted pro hac vice, will continue to serve as lead counsel for Plaintiff in this matter and is fully familiar with the case.

5. Mr. Altman and Mr. Radner respectfully request that the Court give leave to Plaintiff to secure new local counsel in the matter.

6. The withdrawal of Mr. Altman and Mr. Radner will not cause any significant delay in these proceedings or prejudice to any party.

7. This Motion is not made for the purpose of delay or any other improper purpose.

8. Plaintiff has been advised of the withdrawal of Mr. Altman and Mr. Radner. At the time of filing, Plaintiff has not provided that they will be opposing the motion.

9. Plaintiff counsel has sought concurrence from Defendants counsel on the present matter. On March 4, 2026. At the time of filing, Defendants have not provided concurrence in the relief requested.

WHEREFORE, counsel respectfully requests that this Court enter an Order permitting Keith Altman and Solomon Radner to withdraw as counsel of record for Plaintiff in this matter, with Stanley Kremen continuing to serve as lead counsel.

2

Dated: April 6, 2026

Respectfully submitted,

/s/ Keith Altman
Keith Altman, Esq.
THE LAW OFFICE OF KEITH ALTMAN
30474 Fox Club Drive
Farmington Hills, Michigan 48331
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com


/s/ Solomon M. Radner
Solomon Radner, Esq.
THE RADNER LAW GROUP
17515 Nine Mile Road, Suite 1050
Southfield, MI 48075
Telephone: (248) 372-1749
solomonradner@kaltmanlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Solomon Radner, do hereby certify that on April 6, 2026 I electronically filed the foregoing document with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record.

/s/ Solomon Radner
Solomon Radner, Esq.