**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TRUTEK CORP., | |
| *Plaintiff,* | Civil Action No**..:** 2:23-cv-3709 |
| v. | |
| PETER CHO; ABDUL GAFFAR; SALVACION USA, INC.; SALVACION CO. LTD.; SALVACION R&D CENTER; SALVACION INTERNATIONAL, LLC; BIOSURE GLOBAL; SALVATION R.D., | |
| *Defendants.* | |

**[PROPOSED] ORDER PERMITTING WITHDRAWAL
OF ATTORNEYS KEITH ALTMAN AND SOLOMON RADNER**

In accordance with the foregoing Notice of Withdrawal of Attorneys Keith Altman and Solomon Radner;

IT IS HEREBY ORDERED that Keith Altman and Solomon Radner shall be permitted to withdraw as counsel of record of Plaintiff, and that Court staff shall terminate Keith Altman and Solomon Radner as counsel of record on the Court's Docket and turn off electronic noticing. Attorney Stanley Kremen, Esq. will remain as counsel of record for Plaintiff. It is further ordered that Plaintiffs shall have 90 days to find new local counsel.

Dated: _____, 2026            _____

Hon. Jamel K. Semper
United States District Judge